# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KEITH EDMUND GAVIN, | ) |
| Petitioner, | ) |
| v. | ) Case No.  4:16-cv-00273-KOB |
| JEFFERSON S. DUNN, Commissioner, Alabama Department of Corrections, | ) |
| Respondent. | ) |

## NOTICE OF MANUAL FILING

Please take notice that Respondent, Jefferson S. Dunn, is manually filing the indexed record consisting of 47 volumes.  The record has not been filed electronically because the electronic file size exceeds 5 megabytes, however, a CD containing the book-marked indexed record and a hard copy of the indexed record are being delivered to the Court.  A copy of Respondent's habeas corpus checklist and a CD containing the book-marked indexed record are being served upon the Attorney of Record for Petitioner.

Respectfully submitted,

Luther Strange
*Alabama Attorney General*

***s/ Beth Jackson Hughes***
Beth Jackson Hughes
*Alabama Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **John D. Watson, Grant A. Premo, Melanie E. Walker, Steven J. Horowitz, Matthew Fogelberg, Nicholas K. Tygesson, Rachel R. Goldberg, Neil H. Conrad, and Katherine R. Nichols.**

> *s/ Beth Jackson Hughes*
> Beth Jackson Hughes
> *Alabama Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Alabama Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242-7392
Fax (334) 353-3637
bhughes@ago.state.al.us