FILED
2020 Aug-21 PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

KEITH EDMUND GAVIN,    )
        )
   Petitioner,    )
        )
v.        )   Case No.  4:16-cv-00273-KOB
        )
JEFFERSON S. DUNN,    )
Commissioner of the Alabama    )
Department of Corrections,    )
        )
   Respondent.    )

# VOLUME 30

# State Court – Collateral Appeal Transcript

LUTHER STRANGE
ALABAMA ATTORNEY GENERAL

AND

BETH JACKSON HUGHES
ALABAMA ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Alabama Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7392

VOL. 12 of 22

| COURT OF CRIMINAL APPEALS NO. | CR-10-1313 |
|---|---|

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

## FROM

**CIRCUIT COURT OF** CHEROKEE **COUNTY, ALABAMA**

**CIRCUIT COURT NO** CC-98-61.60 & CC-98-62.60

**CIRCUIT JUDGE** David A. Rains

Type of Conviction/ Order Appealed From: Rule 32

Sentence Imposed:

Defendant Indigent: ☑ YES ☐ NO

## KEITH EDMUND GAVIN

**NAME OF APPELLANT**

Stephen C. Jackson          205-254-1037
(Appellant's Attorney)          (Telephone No.)

1901 Sixth Avenue North, Suite 2400
(Address)

Birmingham     Alabama     35203
(City)          (State)          (Zip Code)

## V.

## STATE OF ALABAMA

**NAME OF APPELLEE**

(State represented by Attorney General)

NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

df

(For Court of Criminal Appeals Use Only)

CBR716                          ALABAMA DEPARTMENT OF CORRECTIONS
                                INMATE SUMMARY AS OF 05/28/2002
                                                                    CODE: CO3R0

*********************************************************************************

AIS: 00002565    INMATE: GAVIN, KEITH EDMUND

INSTITUTION: 979 - HOLMAN DEATH ROW                   RACE: B   SEX: M

DOB: 03/30/1966   SSN: 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                JAIL CR: 01Y10M06D

ADM DT: 01/05/2000 DEAD TIME: 00Y 00M 00D

ADM TYP: DEATH ROW
                                    STAT: ADMINISTRATIVE SEGREGATION
CURRENT CUST: Z2 -G   CURRENT CUST DT: 03/14/2001  PAROLE REVIEW DATE: -NONE-
SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN  ELIGIBLE
INMATE IS EARNING : OR GROUP ACTIVITY      CURRENT CLASS DATE:   01/05/2000

COUNTY      SENT DT  CASE NO   CRIME
CHEROKEE    01/05/00 N00000061 MURDER                  JL-CR    TERM
                              CAPITAL  ROBBERY CT 1    00000 000Y 00M 00D CS
        COURT COSTS  : $0000574   FINES : $0000000
                                                      RESTITUTION : $0000000
TOTAL TERM      MIN REL DT    GOOD TIME BAL
000Y 00M 00D    00/00/0000    004Y 03M 23D    GOOD TIME REV    LONG DATE
                                              000Y 00M 00D     00/00/0000
INMATE LITERAL: ALSO SERVING #208409
*********************************************************************************

DETAINER WARRANTS SUMMARY

DET WRT 05/28/2002 TYPE OUT-OF-STATE WARRANT
    LITERAL: MURDER/INTENT KILL/INJURE        IL DEPARTMENT OF CORRECTIONS
                                              SEQ #: 01    CASE #: WR980826
*********************************************************************************

ESCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
*********************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 03/14/2002  TIME LOST: 00Y00M00D   CUST FROM Z2 G TO Z2 G
   DISCIPLINE TYPE: MAJOR                  AT INST: 999   RULE NUMBER: 35
   RETAINED DAYS: 0000   SEQ #: 02   RULE LIT: FIGHTING WITHOUT A WEAPON

CONTINUED ON NEXT PAGE

C8R715

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 05/29/2002

CODE: CORRD

*********************************   CONTINUATION   *********************************

AIS: 00002655    INMATE: GAVIN, KEITH EDMUND

RACE: B   SEX: M

*********************************************************************************

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 03/12/2001   TIME LOST: 00Y00M00D   CUST FROM OTM9 TO OTM9.
   DISCIPLINE TYPE: MAJOR                       AT INST: 999   RULE NUMBER: 35
   RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: FIGHTING WITHOUT A WEAPON

2203



FUGITIVE APP. UNIT

UP 980826

Warrant Number _____

Z 665

State of Illinois
## DEPARTMENT OF CORRECTIONS

# WARRANT

REC'D—CHICAGO

MAY 2 1 1999

FUGITIVE APPREHENSION

It appearing to the undersigned, an officer authorized by the Director of the Department of Corrections, that:

Subject, __Keith Gavin__
          (Name)

__East Moline   N23865__, a person
          (IDOC #)

in the lawful custody of the Department of Corrections pursuant to the Statutes of the State of Illinois, has escaped from or has violated the rules and/or conditions of parole, Mandatory Supervised Release or the Community Correctional Center program on the ___6th___ of ___March___, 19 _98_.
                                              (day)              (month)

It is hereby ordered that the above named person be retaken immediately into custody and held for delivery to the Director of the DEPARTMENT OF CORRECTIONS or his duly authorized agent.

Given under my hand this ___26th___ day of ___March___, 19 _98_.

ENTERED TERMINALS
DATE _____ BY _____

This Warrant is issued pursuant to the authority granted the Department of Corrections in the Code of Corrections, 730 ILCS 5/3-13-4 and 730 ILCS 5/3-14-2.

Seal

State of Illinois
## DEPARTMENT OF CORRECTIONS

_____
Deputy Director, Community Services

_____
Issuing Officer

DC 735 (Rev. 10/96)
IL 425-0286

# ILLINOIS DEPARTMENT OF CORRECTIONS



Donald N. Snyder, Jr.
Director

Carl Flagg
Special Assistant
To the Director

## *Extradition Unit*

Bill Kane
Extradition Officer

(312) 814-2940
(312) 814-0079
(312) 814-3097 Facsimilie

## FAX COVER SHEET

TO: ALABAMA Dept. of Corrections

DEPARTMENT: Attn: Betty league

FAX NUMBER: 334 - 240 - 8832

DATE: 20 May 2002

FROM: Terry Pitts

Number of pages faxed including cover sheet: (3)

SPECIAL INSTRUCTIONS: Keith Gavin #N23865 is wanted by Illinois Department of Corrections under warrant = 4P980896    After subject has cleared your local charges please hold subject No Bail No Bond we will extradite. Please call (312) 814-2940, if further information is needed.    SS# 343 - 54 - 7790

This facsimile transmission, including any accompanying documents may contain legally privileged attorney/client disclosures, sensitive or confidential law enforcement matters, or private and propriety information belonging to the sender and/or the intended recipient. The information was transmitted only for the use of the individual, government agency, or entity intended. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or action in reliance of the contents of this information is strictly prohibited and may be illegal.

# STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## INSTITUTION GRAPHICS

Date: 5/20/02

No Photo

No Photo

Photo Taken At:         On: **1/1/00 00:00:00**

**IDOC #:** N23865   GAVIN, KEITH

**Nickname:** Unknpwn

### Demographic Information

**Location:** 081-00-00  Cell: 00

| | | | |
|---|---|---|---|
| **Age:** | 42 | **Sex:** | Male |
| **DOB:** | 03-30-1960 | **Race:** | Black |
| **Hair:** | Black | **Eyes:** | Brown |
| **Weight:** | 145 | **Height:** | 509 |

### Security Threat Group

### Security Information

| | |
|---|---|
| **Sentence:** | 0034 yr 000 mn 000 dy |
| **Transfer:** | 1996-10-23 |
| **Crime:** | MURDER/INTENT TO KILL/INJURE |
| **Security:** | Minimum |
| **Unassign:** | N |
| **Assignment:** | |

**Escape Risk:** Low

**Aggrn Level:** Low

**Grade:** A

**Display Msr:** 12/28/1997

**Job:**

ss# 393 - 54 - 7790

N601
D of C
DOC No. 601 (REV. 4/81)

## STATE OF ALABAMA
### BOARD OF CORRECTIONS
INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Holman C.F. | 2. Date: 3/5/01 | 3. Time: 11:57 a.m. | |
|---|---|---|---|
| | | | 4. Incident Number HP01-0189 |

5. Location Where Incident Occurred:
Law library Death Row

6. Type of Incident:
Fighting without a weapon

7. Time Incident Reported:
11:56 a.m.

8. Who Received Report:
Sgt. Raymond D. Fuqua

No
No

9. Victim:   a.
b.

10. Suspects:

| | | | | 11. Witnesses: a. | No. |
|---|---|---|---|---|---|
| a. | Alonzo Burgess  B/M | No. | Z559 | b. | No. |
| b. | Keith Gavin  B/M | No. | Z665 | c. | No. |
| c. | | No. | | d. | No. |
| d. | | No. | | e. | No. |
| e. | | No. | | f. | No. |
| | | | | g. | No. |

Physical Evidence:
12. Type of Evidence:

13. Description of Evidence

14. Chain of Evidence:
a.
b.
c.
d.

Narrative Summary: On March 5, 2001, at approximately 11:55 a.m., Officer Issac Poindexter was starting to run the treatment list for the unit infirmary. As Officer Poindexter was passing the law library (death row), he saw two inmates struggling with each other. The inmates were later identified as Alonzo Burgess, B/Z559, and Keith Gavin, B/665. Officer Poindexter alerted Sgt. Raymond D. Fuqua and other segregation officers that a fight was taking place in the library. Officers Poindexter, Sgt. Fuqua, Randall Steele, Mike Austin and David Smart went in and escorted inmate Burgess and Gavin from the law library to the lieutenant's office without incident. Inmates Burgess and Gavin were asked if they would like to go to the unit infirmary. Both inmates refused. See the attached medical release of responsibility form. When the inmates were asked by Sgt. Fuqua what caused this incident, inmate Gavin refused to say anything, inmate Burgess said he was just jenking inmate Gavin. After talking with Sgt. Fuqua inmates Burgess and Gavin were secured in their cells. Both inmates will be

DISTRIBUTION:     ORIGINAL  Investigation and Inspection Division
COPY to Deputy Commissioner, Institutions
COPY to Institutional File
COPY to Central Records File



N 602

CONTINUATION SHEET

Incident Number:  Hp01-0189

Type of Incident:  Fighting without a weapon

Date: 3/5/01

Narrative Summary (Continued) Page No.

charged with rule #35, fighting without a weapon.

Issac S. Poindexter, COI

# Release of Responsibility

Gavin, Keith
me of Inmate

Date  3-5-01

Z - 665
mate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

to be seen by nurse after fighting

icknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
d the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
agents from all responsibility and ill effect which may result from this action.

Keith Gv
mate Signature

Bomerson L
Witness

-5-01 / 1205
te / Time

e aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign
form.

ness
Witness

Date / Time

ess
Witness

# Release of Responsibility

_Burgess, Alonzo_
ame of Inmate

_3-5-01_
Date

_Z-559_
nmate ID Number/Date of Birth

ereby refuse to accept the following treatment / recommendations:

_to be seen by nurse after fighting_

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s)
d the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees
...d agents from all responsibility and ill effect which may result from this action.

X _Alonzo Burgess._
nate Signature

_Bomerson LPN_
Witness

_3-5-01 / 1205_
)ate / Time

he aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sigr
s form.

Witness

Date / Time

vitness

elease of Responsibility

NC025

LBR452                          STATE DEPARTMENT OF CORRECTIONS

       INITIAL                  CLASSIFICATION SUMMARY                  DATE-10/26/2000

AIS#: 00002665      NAME: GAVIN, KEITH EDMUND                RACE: 3  SEX: M

   ATE OF BIRTH: 03/30/1968          PLACE OF BIRTH: UNITED STATES

INSTITUTION: HOLMAN DEATH ROW                         CITIZENSHIP: YES

PAROLE CONSIDERATION DATE: 00/0000                    SSN: 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

EMERGENCY ADDRESS: *1140 North Lockwood, Chicago, Illinois*

HAIR: BLK        EYES: BRD       *Ph. 773-379-8473  773-226-3634*      HEIGHT: 5FT 08IN    WEIGHT: 152LBS

CURRENT CUSTODY: DTW9                    HIGHEST GRADE LEVEL COMPLETED: ..

PRIMARY OCCUPATION: MECHANIC, DIESEL

SECONDARY OCCUPATION: LABORER - GENERAL

MIN RELEASE DATE: 00/00/0000          LONG RELEASE DATE: 00/00/0000

CURRENT CONVICTIONS

| DATE | CRIME | TERM | CS/CC | HD | RST. | FEES |
|------|-------|------|-------|-----|------|------|
| 1/05/2000 | MURDER | 000Y00M00D | CS | M | -0000050 | 000000 |

VICTIM INFO: *Clinton W. Clayton was shot and killed while sitting in his Van. Subject took Victim's Van and shot at police officer who try to talk to him*

DETAINERS

        NO ACTIVE DETAINERS FOUND ON FILE
POSSIBLE DETAINERS: *None listed.*

PRIOR CONVICTIONS

        NO PRIOR CONVICTIONS ON FILE
POSSIBLE OUT OF STATE CONVICTIONS: *Illinois: Berglary (2yrs); Murder (34 yrs).*

ESCAPES

        NO ESCAPE RECORDS FOUND ON FILE
OTHER THAN STATE ESCAPES/ESCAPE BEHAVIOR- *None found.*

AIS#: 00002665     NAME: GAVIN, KEITH EDMUND

RACE: B   SEX: M

EARNING STATUS:   PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS: *Holman Death Row Unit*

RECOMMENDED CUSTODY IS: *Z-2*     APPROVED CUSTODY IS:

RECOMMENDED INST IS: *Holman Unit*     APPROVED PLACEMENT IS:

PRESENT WORK   ASSIGNMENT

PRIMARY: *Segregation*     NEW WORK ASSIGNMENT

SECONDARY:

PROGRAM PARTICIPATION: *Programs Offered to Death Row Inmates and Supportive Therapy as Needed*

WAIVER OF CRITERIA REQUESTED FOR:

JUSTIFICATION AND COMMENTS: *Subject is serving a sentence of Death from Cherokee County. Since received here at Holman on 1-6-2000. No disciplinary report on file. 90 days orientation period completed without incident. Therefore, it is recommended that subject participation in Programs Offered to Death Row Inmates here at Holman and Z-2 custody status. This report is completed to update and document report was Z-2 custody status.*

CLASSIFICATION SPECIALIST   DATE     *James Pruer*   1-4-2001
                                                                CLASSIFICATION CO-ORDINATOR   DATE
PSYCHOLOGIST   DATE
*E.C. Angele*   1-4-01     *MJS   3-17-01*
                            CENTRAL REVIEW BOARD   DATE
WARDEN OR REPRESENTATIVE   DATE
*Keith G.*   1-4-01     CENTRAL REVIEW BOARD   DATE
INMATE   DATE
                            CENTRAL REVIEW BOARD   DATE

GAVIN, KEITH EDMUND                                    CONTINUED

## PAROLE & PROBATION

NO P&P RECORDS FOUND ON FILE

## DISCIPLINARIES

NO DISCIPLINARIES FOUND ON FILE

## KNOWN ENEMIES

NO ENEMIES FOUND FOR THIS INMATE

POSSIBLE ENEMIES- *None reported.*

PSYCHOLOGICAL COMMENTS- *Per PSI, no problems reported.*

PHYSICAL COMMENTS- *No major problems reported.*

## NAME AND ADDRESS OF FAMILY MEMBERS

SPOUSE- *None*

FATHER- *Willie Gavin (Deceased 1989)*

MOTHER- *Annette Matthews Gavin - 1140 No. Lockwood, Chicago, Il.*

SIBLINGS- *Elaine Gavin (Chicago); Victor Gavin (Chicago); Steven Gavin (Chicago); Stephen Gavin (Chicago); Adriane Brooks (Chicago); Sharon Gavin (Chicago); Nichole Gavin (Chicago); Latrice Gavin (Chicago); Ezra Gavin (Chicago); Leonetta Clark (Chicago)*

*Children: None*

STATE OF ALABAMA,                    *       IN THE CIRCUIT COURT FOR
                                     *
          PLAINTIFF                  *
                                     *
VS.        BJM 2665                  *       CHEROKEE COUNTY, ALABAMA
                                     *
KEITH EDMUND GAVIN,  HCC             *
                     Death Row       *
          DEFENDANT  MAX             *       CASE NO: CC-98-61 and
                                     *                CC-98-62

## ORDER TO TRANSPORT DEFENDANT     MAY 30

TAS

A hearing on the Defendant's MOTION FOR NEW TRIAL is set before the Court in the above cases on May 30, 2000, at 1:30 p.m. in the courtroom of the Cherokee County Courthouse, Centre, Alabama, and the Defendant is presently in the custody of the Department of Corrections.  It is therefore,

ORDERED that the Sheriff of Cherokee County, Alabama, or his duly authorized deputy, shall transport the Defendant from the custody of the Department of Corrections, to the Cherokee County Jail for the hearing in the above cases.

At the conclusion the Sheriff shall redeliver the Defendant to the custody of the Department of Corrections.

Done this ____/____ day of May, 2000.

_____
DAVID A. RAINS, CIRCUIT JUDGE

ORDER TO TRANSPORT
CHEROKEE COUNTY, ALABAMA


Copies to:                    Attorney for:

Mr. Michael E. O'Dell         State of Alabama

Mr. Stephen P. Bussman        Keith Edmund Gavin
Mr. Steven G. Noles

Hon. Roy Wynn
Sheriff, DeKalb County

Mr. Cecil Atchison
Transfer Agent
Alabama Department of Corrections
50 South Ripley Street
Montgomery, Alabama  36130

JUDGE DAVID A RAINS
[300 Grand Ave. S.W., Suite 406]
[Fort Payne, AL 35967]
[(256) 845 8545]
[fax (356) 845 0555]

**fax** To: Linda Miller
From: Warden Dees

to: | WARDEN, STEVE DEES |

fax #: | (205) 467-2474 |

from: | DAVID A. RAINS, |
| CIRCUIT JUDGE |

date: | November 5, 1999 |

subject: | KEITH EDMUND GAVIN |
| CC-98-61 AND CC-98-62 |
| CHEROKEE COUNTY, ALABAMA |

pages: | 2    (including cover sheet) |

NOTES: | |

ACR959

ALABAMA JUDICIAL DATA CENTER
CHEROKEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 1998 000061.00 00
DAVID A RAINS

CIRCUIT COURT OF CHEROKEE COUNTY

COURT ORI: 013015 J

STATE OF ALABAMA          VS.
GAVIN KEITH EDMUND                    ALIAS:
C/O CHEROKEE COUNTY JAIL   ALIAS:
110 CEDAR BLUFF ROAD
CENTRE    AL   35960

DC NO:       0000 000000.00
G J:      200002
SSN:      343547191
SID:      000000000
AIS:

DOB:  03/30/1960   SEX: M   HT: 5 08   WT: 145   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:                AGE: _____   FEATURES:

DATE OFFENSE: 00/00/0000   ARREST DATE: 03/06/1998   ARREST ORI: 0130000

CHARGES @ CONV          CITES               CLS COURT ACTION               CA DATE

JUDGE: DAVID A RAINS                  PROSECUTOR: ODELL MICHAEL E

PROBATION APPLIED     GRANTED    DATE      REARRESTED DATE    REVOKED    DATE
( )Y(X)N             ( )Y( )N               ( )Y( )N          ( )Y( )N

ACT 254-76
( )Y (X)N   CONFINEMENT:   IMPOSED      SUSPENDED     TOTAL      JAIL CREDIT
            PROBATION  :   00 00 000    00 00 000,    00 00 000   00 00 671
DATE SENTENCED: 01/05/2000   SENTENCE BEGINS: 01/05/2000

PROVISIONS

PENITENTIARY
CONSECUT SENT
D E A T H

COSTS/RESTITUTION

|  | DUE | ORDERED |
|---|---|---|
| RESTITUTION | $0.00 | $0.00 |
| ATTORNEY FEE | $0.00 | $0.00 |
| CRIME VICTIMS | $50.00 | $50.00 |
| COST | $573.50 | $573.50 |
| FINE | $0.00 | $0.00 |
| MUNICIPAL FEES | $0.00 | $0.00 |
| DRUG FEES | $0.00 | $0.00 |
| ADDTL DEFENDANT | $0.00 | $0.00 |
| DA FEES | $0.00 | $0.00 |
| COLLECTION ACCT | $0.00 | $0.00 |
| JAIL FEES | $0.00 | $0.00 |
| TOTAL | $623.50 | $623.50 |

APPEAL DATE          SUSPENDED          AFFIRMED          REARREST
( )Y( )N             ( )Y( )N           ( )Y( )N          ( )Y( )N

REMARKS:
                Z 665

PLEASE SEE ATTACHED ORDERS

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTE
FROM OFFICIAL COURT RECORDS AN
AND IS TRUE AND CORRECT.

*Carolyn M-Smith*
CAROLYN M. SMITH
01/06/2000

OPERATOR: BEL
PREPARED: 01/06/2000

CASE ACTION SUMMARY
CONTINUATION

CHEROKEE COUNTY

CASE NO(S):
CC-98-61

STATE OF ALABAMA
VS.
KEITH EDMUND GAVIN

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
| --- | --- |

11-6-99

This case came for trial on November 3, 1999, and the Defendant having previously been arraigned and having entered a plea of NOT GUILTY.

Thereupon, on November 3, 1999, the trial of this case was entered upon and proceeded from day to day and time to time before a jury of twelve (12) jurors, duly drawn, sworn and impaneled according to law. In open Court on November 6, 1999, in the presence of the District Attorney, the Defendant, and the jurors, to-wit:  Terry L. Manley, Sr., as foreman, and eleven others who having heard the evidence and the charge of the Court upon their oaths, did say:

COUNT I:

WE, THE JURY, FIND THE DEFENDANT, KEITH EDMUND GAVIN, GUILTY OF THE OFFENSE OF CAPITAL MURDER.

COUNT II:

WE, THE JURY, FIND THE DEFENDANT KEITH EDMUND GAVIN, GUILTY OF THE OFFENSE OF CAPITAL MURDER.

**FILED**

DEC 0 2 1999

*Cindy M. West*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

_____
DAVID A. RAINS, CIRCUIT JUDGE

STATE OF ALABAMA,      *      IN THE CIRCUIT COURT FOR

      PLAINTIFF      *

VS.      *      CHEROKEE COUNTY, ALABAMA

KEITH EDMUND GAVIN,      *

      DEFENDANT      *      CASE NO: CC-98-61

FILED

JAN 0 5 2000

*illegible signature*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

### SENTENCING ORDER

The Defendant, Keith Edmund Gavin, was charged in a two count indictment. Count One charged the Defendant with Capital Murder for the intentional killing of William Clinton Clayton, Jr. during the commission of Robbery In The First Degree. Count Two charged him with Capital Murder for the intentional killing of William Clinton Clayton, Jr. after the Defendant had been previously convicted of another murder within twenty years preceding the murder of William Clinton Clayton, Jr.

On November 6, 1999, a jury returned a verdict finding the Defendant guilty of Capital Murder under both counts of the indictment. In accordance with the verdict of the jury the Defendant has been adjudged by the Court guilty of Capital Murder under both counts of the Indictment.

A separate sentence hearing was conducted before the same jury pursuant to Title 13A-5-46, Code of Alabama, and on a vote of ten to two, the jury recommended that the Defendant be sentenced to death. The Court ordered and received a written presentence investigation report, and conducted an additional sentence hearing pursuant to Title 13A-5-47, Code of Alabama.

At the sentence hearing the State, through the District

FILED

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 2

JAN 0 5 2000

*Carolyn M. Smith*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

Attorney, urged the Court to follow the jury recommendation and fix the Defendant's punishment at death. The Defendant, through his attorneys, argued that the Court should fix the Defendant's punishment at life imprisonment without parole. The Defendant was asked whether he had anything to say why the sentence should not be pronounced. The Defendant has said nothing in bar or preclusion of sentence.

### FINDINGS OF FACT SUMMARIZING THE CRIME AND THE DEFENDANT'S PARTICIPATION IN IT

William Clinton Clayton, Jr. was a contract courier for Corporate Express Delivery Systems, Incorporated. Although his routine typically involved the use of his private automobile to provide courier services, on March 6, 1998, he drove a Corporate Express van because his personal vehicle was having mechanical problems.

As Mr. Clayton sat in the driver's seat of this marked van at the curb near the entrance to Region's Bank in Centre, Cherokee County, Alabama, the Defendant approached him from the street, opened the driver's door, and shot Mr. Clayton twice. One of the bullets passed through his heart and both lungs. The other through his hip. He died of these multiple gunshot wounds.

The reason for the Defendant's presence at that place and at

FILED

JAN 0 5 2000

*Carly M. Booth*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 3

that time was recounted by the Defendant's companion on this occasion, Mr. Dwayne Meeks.  Meeks and the Defendant are cousins and both were residing in the Chicago, Illinois area in early 1998. Meeks worked for the Illinois Department of Corrections, and the Defendant had been recently paroled after serving approximately seventeen years of a thirty-four year sentence imposed by the Circuit Court of Cook County, Illinois, for Murder.

Meeks grew up in Fort Payne, Alabama, and had other relatives and friends residing in this area.  Meeks brought the Defendant to Fort Payne in February 1998, for a "change of scenery" and to go "whoring".

Meeks testified that following the February visit to Alabama, the Defendant wanted to return in March to find a woman whom he had met the month before.  Meeks agreed to drive the Defendant to Chattanooga, Tennessee, where Meeks charged two motel rooms on his credit card, and from which said location Meeks and the Defendant were to conduct the search for the woman.  If she was located, the Defendant intended to remain in this area, and Meeks planned to return to Chicago after being reimbursed by the woman for the motel and other expenses.

In addition to the Defendant, Meeks was accompanied to Chattanooga by his wife and child, where they remained while the

FILED

JAN 0 5 2000

*Cindy M. Reid*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 4

efforts to locate the woman proceeded.  Meeks and the Defendant
went to Fort Payne, and from there to Centre, Alabama, at the
corner where Mr. Clayton sat in his courier van.

There was tension between Meeks and the Defendant because of
the expenses which Meeks had incurred for this trip, and because of
Meeks' concern that he would not be reimbursed if the woman could
not be located.  Nevertheless, when the Defendant exited the car at
the intersection by Region's Bank, Meeks thought the Defendant was
going to ask for directions.  Instead, the Defendant shot and
killed William Clinton Clayton, Jr.

Meeks fled from the scene in his car.  The Defendant pushed
the mortally wounded courier aside and followed Meeks in the
Corporate Express van.  When the Defendant stopped in response to
a blue light, he exited the van.  When Officer Danny Smith exited
his pursuit vehicle, the Defendant took aim at short range and
attempted to kill the officer by firing two shots at him.  The
Defendant fled into the nearby woods.

Following a four hour manhunt the Defendant was apprehended
standing waist deep in a creek where he was detected by search
dogs.



F I L E D

JAN 0 5 2000

*Cindy M. Cruise*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 5

## FINDINGS CONCERNING THE EXISTENCE
## OR NONEXISTENCE OF AGGRAVATING CIRCUMSTANCES

The law requires the trial Court to enter specific findings concerning the existence or non-existence of each aggravating circumstances enumerated by statute.   This Court finds that the following three aggravating circumstances were proven beyond a reasonable doubt:

1.   THE CAPITAL OFFENSE WAS COMMITTED WHILE THE DEFENDANT WAS UNDER A SENTENCE OF IMPRISONMENT.

The term "under sentence of imprisonment" is defined under Title 13A-5-39(7) as "while serving a term of imprisonment, while under a suspended sentence, while on probation or parole, or while on work release, furlough, escape, or any other type of release or freedom while or after serving a term of imprisonment, other than unconditional release and freedom after expiration of the term of sentence".

The Defendant was convicted of Murder in the Circuit Court of Cook County, Illinois, on June 9, 1982, and he was sentenced to thirty-four years in prison.  The Defendant was paroled on December 28, 1997, and was still on parole at the time of the murder on March 6, 1998.

At the time of the murder of William Clinton Clayton, Jr. on



FILED

JAN 0 5 2000

*Carolyn M. Word*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61  (CHEROKEE COUNTY)
PAGE 6

March 6, 1998, the Defendant was under a sentence of imprisonment
as that term is defined by Alabama Law.

2.  THE DEFENDANT WAS PREVIOUSLY CONVICTED OF ANOTHER FELONY
INVOLVING THE USE OF VIOLENCE TO THE PERSON.

The Defendant was convicted of Murder in the Circuit Court of
Cook County, Illinois on June 9, 1982.

3.  THE CAPITAL OFFENSE WAS COMMITTED WHILE THE DEFENDANT WAS
ENGAGED IN OR WAS AN ACCOMPLICE IN THE COMMISSION OF OR AN ATTEMPT
TO COMMIT, OR FLIGHT AFTER COMMITTING, OR ATTEMPTING TO COMMIT,
ROBBERY.

Count One of the Indictment charged the Defendant with
intentional murder in the course of committing a theft of a 1996
Ford van belonging to Corporate Express Delivery Systems,
Incorporated by the use of force against the driver, William
Clinton Clayton, Jr.

The Defendant took Meeks' 40 calibre Glock pistol either from
Meeks' residence or from the Meeks' vehicle without the consent or
permission of Meeks.  According to Meeks, the Defendant secreted
the weapon until the Defendant used it to kill William Clinton
Clayton, Jr. and took the vehicle which Mr. Clayton was driving.

The capital crime of intentional killing of another during the
commission of robbery is a single offense consisting of two
elements.  The intentional killing of Mr. Clayton and the theft of



FILED

JAN 0 5 2000

*Carolyn M. Christ*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 7

the vehicle were part of a continuous chain of events. Therefore, the capital offense was committed while the Defendant was engaged in the commission of or attempt to commit robbery.

### FINDINGS CONCERNING THE EXISTENCE OR NONEXISTENCE OF MITIGATING CIRCUMSTANCES

I.

In compliance with the statutory requirement that the trial Court enter specific findings concerning the existence or nonexistence of each mitigating circumstance enumerated by statute, the Court finds that NONE OF THE FOLLOWING MITIGATING CIRCUMSTANCES EXIST in this case:

1.   THAT THE DEFENDANT HAD NO SIGNIFICANT HISTORY OF PRIOR CRIMINAL ACTIVITY.

The Defendant was convicted of Burglary in Cook County, Illinois, on October 25, 1979. He was also convicted of Murder on June 9, 1982, in Cook County, Illinois.

The presentence report indicates that the Defendant has been charged or implicated in other criminal activity, but there is no record of conviction for any offense other than the prior crime of murder and burglary as stated above.   To the extent that the presentence report suggests any other criminal activity, same is not considered an aggravating circumstance, and has not been

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61  (CHEROKEE COUNTY)
PAGE 8



FILED

JAN 0 5 2000

*Carolyn M. Smith*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

weighed as such by this Court.

This Court finds that there is no support for this mitigating circumstance.

2.  THAT THE CAPITAL OFFENSE WAS COMMITTED WHILE THE DEFENDANT WAS UNDER THE INFLUENCE OF EXTREME MENTAL OR EMOTIONAL DISTURBANCE.

During the few hours leading up to the murder of Mr. Clayton, Meeks had apparently insisted on being reimbursed for his expenses in bringing the Defendant to Alabama. These demands did not invoke extreme mental or emotional disturbance, although this may explain the Defendant's motive for the robbery.

The Defendant is an intelligent person capable of making independent choices.

There was no plea of mental disease or defect, and at no time did the Defendant seek to have a mental evaluation for the purpose of asserting such a defense.

The Court finds that there is no support for this mitigating circumstance.

3.  THAT THE VICTIM WAS A PARTICIPANT IN THE DEFENDANT'S CONDUCT OR CONSENTED TO IT.

The Court finds that there is no support for this mitigating circumstance.

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 8


FILED

JAN 0 5 2000

*Carolyn M. Creat*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

weighed as such by this Court.

This Court finds that there is no support for this mitigating circumstance.

2. THAT THE CAPITAL OFFENSE WAS COMMITTED WHILE THE DEFENDANT WAS UNDER THE INFLUENCE OF EXTREME MENTAL OR EMOTIONAL DISTURBANCE.

During the few hours leading up to the murder of Mr. Clayton, Meeks had apparently insisted on being reimbursed for his expenses in bringing the Defendant to Alabama. These demands did not invoke extreme mental or emotional disturbance, although this may explain the Defendant's motive for the robbery.

The Defendant is an intelligent person capable of making independent choices.

There was no plea of mental disease or defect, and at no time did the Defendant seek to have a mental evaluation for the purpose of asserting such a defense.

The Court finds that there is no support for this mitigating circumstance.

3. THAT THE VICTIM WAS A PARTICIPANT IN THE DEFENDANT'S CONDUCT OR CONSENTED TO IT.

The Court finds that there is no support for this mitigating circumstance.

2227-

FILED

JAN 0 5 2000

*Cindy M. Bird*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND CAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 7

the vehicle were part of a continuous chain of events.  Therefore,

the capital offense was committed while the Defendant was engaged

in the commission of or attempt to commit robbery.

## FINDINGS CONCERNING THE EXISTENCE
## OR NONEXISTENCE OF MITIGATING CIRCUMSTANCES

I.

In compliance with the statutory requirement that the trial

Court  enter  specific  findings  concerning  the  existence  or

nonexistence of each mitigating circumstance enumerated by statute,

the Court finds that NONE OF THE FOLLOWING MITIGATING CIRCUMSTANCES

EXIST in this case:

1.   THAT THE DEFENDANT HAD NO SIGNIFICANT HISTORY OF PRIOR
CRIMINAL ACTIVITY.

The  Defendant  was  convicted  of  Burglary  in  Cook  County,

Illinois, on October 25, 1979.  He was also convicted of Murder on

June 9, 1982, in Cook County, Illinois.

The presentence report indicates that the Defendant has been

charged or implicated in other criminal activity, but there is no

record of conviction for any offense other than the prior crime of

murder and burglary as stated above.   To the extent that the

presentence report suggests any other criminal activity, same is

not  considered  an  aggravating  circumstance,  and  has  not  been

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 9

FILED

JAN 0 5 2000

*Carolyn M. Elrod*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

    4.   THAT THE DEFENDANT WAS AN ACCOMPLICE IN THE CAPITAL OFFENSE COMMITTED BY ANOTHER, AND HIS PARTICIPATION WAS RELATIVELY MINOR.

    The Defendant was identified by an eye witness as the person who committed the offense in question.   Likewise, Meeks reported that the Defendant committed the murder and robbery of Mr. Clayton. Nevertheless, Meeks was indicted along with the Defendant.   The State subsequently dismissed the charge against Meeks who thereafter testified against the Defendant on behalf of the State.

    There is no direct evidence that the State's dismissal was a quid-pro-quo for Meeks' testimony, but throughout the trial, the Defendant's attorneys attempted to impeach Meeks' credibility by proving that he was originally charged in the case, and that  by virtue of the dismissal of those charges, he was thereby motivated to testify falsely against the Defendant.

    The Defendant's attorneys also challenged the forensic evidence in an effort to try to implicate Meeks as the guilty party.   For example, the Defendant argued that the driver would have been covered with the victim's blood, but no blood was found on the Defendant or on his clothes even by DNA examination.   In addition, there was no evidence of the Defendant's fingerprints in or on the courier van.   The Defendant also argued that even though he was arrested standing waist deep in a creek, he was not



FILED

JAN 0 5 2000

*Cindy M. Christ*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 10

submersed long enough to completely cleanse blood from his clothes, and that if he had been submersed long enough to have that effect, he would have died from hypothermia.

The Defendant was identified by Officer Danny Smith who viewed the Defendant at a distance of only a few feet when the Defendant exited the stolen van, fired at Officer Smith and escaped into the woods.    A  toboggan  matching  the  description  reported  by eyewitnesses  was  found  near  the  site  where  the  Defendant  was apprehended,  and  Meeks'  gun  was  later  found  near  where  the Defendant entered the woods as he escaped from Officer Smith.

The  ballistics  analysis  established  that  the  shell  casings ejected by the weapon fired at Officer Smith were identical to the shell casings found in the street at the site where Mr. Clayton was shot, and that the casings from both sites were fired by the weapon found in the woods near where the Defendant was apprehended.

In summary, the Defendant attempted to implicate Meeks as the killer by a combination of the challenges to the forensic evidence coupled with his challenge of Meeks' credibility.   The Defendant emphasized the undisputed fact that Meeks drove the Defendant to the scene of the crime, and that Meeks' pistol was the murder weapon.    The  evidence  of  the  Defendant's  guilt  is,  however, overwhelming.



F I L E D

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61  (CHEROKEE COUNTY)
PAGE 11

JAN 0 5 2000

*[signature]*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

There is no basis on which to conclude that the Defendant was merely an accomplice with minor participation in the crime. This Court finds that there is no support for this mitigating circumstance.

5.  THAT THE DEFENDANT ACTED UNDER EXTREME DURESS OR UNDER THE SUBSTANTIAL DOMINATION OF ANOTHER PERSON.

This Court finds that there is no support for this mitigating circumstance.

6.  THAT THE CAPACITY OF THE DEFENDANT TO APPRECIATE THE CRIMINALITY OF HIS CONDUCT OR TO CONFORM HIS CONDUCT TO THE REQUIREMENTS OF LAW WAS SUBSTANTIALLY IMPAIRED.

This Court finds that there is no support for this mitigating circumstance.

7.  THE AGE OF THE DEFENDANT AT THE TIME OF THE CRIME.

At the time of the commission of the offense on March 6, 1998, the Defendant was 37 years of age. The age of the Defendant is not a mitigating circumstance.

II.

In addition to the mitigating circumstances specified by statute, and the findings of this Court relating thereto as set out above, mitigating circumstances include any aspect of the Defendant's character or record and any of the circumstances of the

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 12

FILED

JAN 0 5 2000

*Cindy M. Limit*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

offense that the Defendant offers as a basis for a sentence of life
imprisonment without parole instead of death, and any other
relevant mitigating circumstance which the Defendant offers as a
basis for a sentence of life imprisonment without parole instead of
death.

As a supplement to the Probation Officer's written report, the
Defendant has provided a memorandum from sentencing consultant,
John David Sturman and Associates of Chicago, Illinois; the whole
of which said memorandum has been considered by this Court.   In
that memorandum the Defendant's mother is reported to have
described the Defendant's life as influenced by, or subject to, a
combination of drugs and gang violence while living in a Chicago
housing project.    The Defendant's mother also testified at the
Sentence Hearing conducted before the jury.   The Defendant's
attorney has advised the Court, however, that the Defendant denies
ever having a drug problem.

At the Sentence Hearing conducted before the jury the Court
heard testimony of Rev. A. J. Johnson who spoke eloquently on
behalf of the Defendant as a result of his frequent meetings with
the   Defendant   over   the   many   months   of   the   Defendant's
incarceration.   Rev. Johnson opines that the Defendant has concern
and sympathy for the victim's family, and that the Defendant is

FILED

JAN 0 5 2000

*Amp. M. Court*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 13

capable of a closer relationship with God.

This Court has considered all matters presented by the Defendant, but this Court does not find any support for any non-statutory mitigating circumstance.

## CONCLUSION

This Court has carefully considered the aggravating circumstances which have been proven to the satisfaction of the Court beyond a reasonable doubt. There are no mitigating circumstances. The aggravating circumstances, therefore, outweigh the mitigating circumstances.

This Court has also carefully considered the jury recommendation that the Defendant be sentenced to death.

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Defendant shall be punished by death. The sentence of death shall be consecutive to the sentence imposed in case number CC-98-62 in the circuit Court of Cherokee County, Alabama. The Sheriff shall remove the Defendant to the custody of the Alabama Department of Corrections where in strict accordance with the law the Defendant shall be put to death. In accordance with the Alabama Rules of Court the Supreme Court of Alabama shall set an execution date, and the Supreme Court Order fixing the execution date shall constitute the execution warrant.



SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61 (CHEROKEE COUNTY)
PAGE 14

JAN 0 5 2000

*Carol M. Word*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

Even though every case in which the death penalty is imposed is subject to automatic review by the Alabama Court of Criminal Appeals and the Alabama Supreme Court, the Defendant is hereby advised of the right to appeal. If the Defendant wishes to appeal he must do so by giving notice of appeal within forty-two (42) days from the date of this Order. If the Defendant is an indigent and cannot afford a lawyer to represent him on appeal, the Court will appoint a lawyer for him and provide a free transcript of all proceedings in this case.

This Court having previously determined that the Defendant is indigent, the Court hereby appoints **MR. STEPHEN P. BUSSMAN, 212 ALABAMA AVENUE SOUTH, P.O. BOX 925, FORT PAYNE, ALABAMA 35967 (256) 845-7900** to represent the Defendant on appeal.

The defendant will receive credit for the time during which he has been incarcerated on the present charge.

Done this 5th day of January, 2000.

FILED

JAN 0 5 2000

*Carol M. Word*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

DAVID A. RAINS, CIRCUIT JUDGE

2234

SENTENCING ORDER
STATE OF ALABAMA VS. KEITH EDMUND GAVIN
CC-98-61   (CHEROKEE COUNTY)
PAGE 15

F I L E D

JAN 0 5 2000

*Carolyn M. Smith*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

Copies to:                          Attorney for:

Mr. Michael E. O'Dell              State of Alabama
Mr. Robert F. Johnston

Mr. H. Bayne Smith                 Edmund Keith Gavin
Mr. John H. Ufford

Mr. Lane Mann
Clerk
Court of Criminal Appeals
300 Dexter Avenue
Montgomery, Alabama   36104-3741

Mr. Robert G. Esdale Sr.
Clerk
Supreme Court of Alabama
P.O. Box 157
Montgomery, Alabama   36101

Hon. Carolyn Smith,
Clerk
Cherokee County Circuit Court
Cherokee County Courthouse
Room 203
100 Main Street
Centre, Alabama   35960

Ms. Trina Higgins,
Court Reporter

Mr. Stephen P. Bussman

Mr. Keith Edmund Gavin

ACR359

ALABAMA JUDICIAL DATA CENTER
CHEROKEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 1998 000062.00 01
DAVID A RAINS

| CIRCUIT COURT OF CHEROKEE COUNTY | COURT ORI: 013015 J |
|---|---|

STATE OF ALABAMA        VS.
GAVIN KEITH EDMUND         ALIAS:
C/O CHEROKEE COUNTY JAIL   ALIAS: -
110 CEDAR BLUFF ROAD
CENTRE   AL   35960

DC NO:        0000 000000.00
G J:     200008
SSN:     343542191
SID:     000000000
AIS:

DOB:  03/30/1960   SEX: M   HT: 5 08   WT: 145   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:        AGE:        FEATURES:

DATE OFFENSE: 00/00/0000   ARREST DATE: 03/06/1998   ARREST ORI: 0130000

CHARGES @ CONV       CITES            CLS COURT ACTION                   CA DATE
ATTEMPT - MURDER     13A-004-002       A   CONVICTED                    11/08/1999
                                                                        00/00/0000
                                                                        00/00/0000

JUDGE: DAVID A RAINS              PROSECUTOR: ODELL MICHAEL E

PROBATION APPLIED   GRANTED   DATE     REARRESTED DATE   REVOKED   DATE
( )Y(X)N        ( )Y( )N        ( )Y( )N        ( )Y( )N

ACT 754-76                     IMPOSED   SUSPENDED     TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 000   00 00 000   00 00 000   00 00 671
            PROBATION  :  00 00 000                00 00 000
DATE SENTENCED: 01/05/2000   SENTENCE BEGINS: 01/05/2000

PROVISIONS                      COSTS/RESTITUTION          DUE        ORDERED

PENITENTIARY                    RESTITUTION              $0.00       $0.00
CONSECUT SENT                   ATTORNEY FEE             $0.00       $0.00
LIFE                            CRIME VICTIMS            $50.00      $50.00
                                COST                     $565.50     $565.50
                                FINE                     $0.00       $0.00
                                MUNICIPAL FEES           $0.00       $0.00
                                DRUG FEES                $0.00       $0.00
                                ADDTL DEFENDANT          $0.00       $0.00
                                DA FEES                  $0.00       $0.00
                                COLLECTION ACCT          $0.00       $0.00
                                JAIL FEES                $0.00       $0.00

                                TOTAL                    $615.50     $615.50

APPEAL DATE        SUSPENDED        AFFIRMED          REARREST

( )Y( )N        ( )Y( )N        ( )Y( )N        ( )Y( )N

REMARKS:

                                THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTE
                                FROM OFFICIAL COURT RECORDS AN
PLEASE SEE ATTACHED ORDERS      AND IS TRUE AND CORRECT.

                                *Carolyn M Smith*
                                CAROLYN M SMITH

                                01/06/2000

OPERATOR: BEL
PREPARED: 01/06/2000

CASE ACTION SUMMARY
CONTINUATION

CHEROKEE COUNTY

CASE NO(S):
CC-98-62

STATE OF ALABAMA
VS.
KEITH EDMUND GAVIN

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 11-6-99 | |

This case came for trial on November 3, 1999, and the Defendant having previously been arraigned and having entered a plea of NOT GUILTY.

Thereupon, on November 3, 1999, the trial of this case was entered upon and proceeded from day to day and time to time before a jury of twelve (12) jurors, duly drawn, sworn and impaneled according to law. In open Court on November 6, 1999, in the presence of the District Attorney, the Defendant, and the jurors, to-wit: Terry L. Manley, Sr., as foreman, and eleven others who having heard the evidence and the charge of the Court upon their oaths, did say:

WE, THE JURY, FIND THE DEFENDANT, KEITH EDMUND GAVIN, GUILTY OF THE OFFENSE OF ATTEMPTED MURDER.

FILED

DEC 0 2 1999

*Carolyn M. Bonut*
CIRCUIT CLERK
CHEROKEE COUNTY, AL

DAVID A. RAINS, CIRCUIT JUDGE

CASE ACTION SUMMARY
CONTINUATION

CHEROKEE COUNTY

CASE NO(S):
CC-98-62

STATE OF ALABAMA
VS.
KEITH EDMUND GAVIN

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

1-5-2000

The Defendant's sentencing came for hearing on this date.  The Defendant appeared with his APPOINTED counsel, MR. H. BAYNE SMITH and MR. JOHN H. UFFORD.

On November 6, 1999, the Defendant was found GUILTY of the offense of ATTEMPTED MURDER, and on November 8, 1999, the Defendant was adjudged guilty of said offense.  After affording the Defendant an opportunity to make a statement before imposition of sentence, the Court imposed the following sentence:

The Defendant is hereby sentenced to LIFE in the State Penitentiary.  This sentence shall run CONSECUTIVELY with the sentence imposed this date in CC-98-61.  The Defendant shall commence serving his sentence at this time.

The Defendant shall receive credit for the time during which he has been incarcerated on the present charge.

The Court having previously determined that the Defendant is indigent, the Court hereby appoints MR. STEPHEN P. BUSSMAN, 212 ALABAMA AVENUE SOUTH, P.O. BOX 925, FORT PAYNE, ALABAMA 35967, (256) 845-7900, to represent the Defendant on appeal.

DAVID A. RAINS, CIRCUIT JUDGE

Copies to:

Mr. Michael E. O'Dell
Mr. Robert F. Johnson
Mr. H. Bayne Smith
Mr. John H. Ufford
Mr. Stephen P. Bussman
Ms. Trina Higgins
Mr. Keith Edmund Gavin

FILED

JAN 0 5 2000

CIRCUIT CLERK
CHEROKEE COUNTY, AL

STATE OF ALABAMA,                    *        IN THE CIRCUIT COURT FOR
                                     *
        PLAINTIFF                    *
                                     *
VS.                                  *        CHEROKEE COUNTY, ALABAMA
                                     *
KEITH EDMUND GAVIN,                  *
                                     *
        DEFENDANT                    *        CASE NO: CC-98-61 and
                                     *                 CC-98-62

### ORDER TO TRANSPORT DEFENDANT

The Defendant shall appear before the Court for sentencing in the above cases on January 5, 2000 at 1:30 p.m. in the courtroom of the Cherokee County Courthouse, Centre, Alabama, and the Defendant is presently in the custody of the Department of Corrections. It is therefore,

**ORDERED** that the Sheriff of Cherokee County, Alabama, or his duly authorized deputy, shall transport the Defendant from the custody of the Department of Corrections, to the Cherokee County Jail for the sentencing in the above cases.

At the conclusion the Sheriff shall redeliver the Defendant to the custody of the Department of Corrections.

Done this ___13___ day of December, 1999.

_____
DAVID A. RAINS, CIRCUIT JUDGE

ORDER TO TRANSPORT
CHEROKEE COUNTY, ALABAMA


Copies to:                          Attorney for:

Mr. Michael E. O'Dell              State of Alabama
Mr. Robert F. Johnston

Mr. H. Bayne Smith                 Keith Edmund Gavin
Mr. John H. Ufford

Hon. Roy Wynn
Sheriff, DeKalb County

Mr. Cecil Atchison
Transfer Agent
Alabama Department of Corrections
50 South Ripley Street
Montgomery, Alabama   36130



STATE OF ALABAMA
BOARD OF CORRECTIONS
INSTITUTIONAL INCIDENT REPORT

| 1. Institution: St Clair C.F. | 2. Date: 1/2/2000 | 3. Time: 3:45PM | 4. Incident Number: STC-00-3019 |
|---|---|---|---|
| 5. Location Where Incident Occurred: H1 A-07 | | 6. Type of Incident: Failure to obey / USE OF FORCE | |
| 7. Time Incident Reported: 4:05PM | | 8. Who Received Report: Gary Malone, COII | |

9. Victim:
a. N/A _____ No. _____
(Type Full Name)
b. _____ No. _____
(Type Full Name)

| 10. Suspects: | | | 11. Witness: | |
|---|---|---|---|---|
| a. Keith Gavin | No. B OSK843 | | a. N/A | No. |
| b. | No. | | b. | No. |
| c. | No. | | c. | No. |
| d. | No. | | d. | No. |
| e. | No. | | e. | No. |
| | | | f. | No. |
| | | | g. | No. |

Physical Evidence:
12. Type of Evidence: N/A

13. Description of Evidence: N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.

15. Narrative Summary:

On 1-2-2000 at approx. 3:45PM, Jerry Puckett, COI, and John B Sanderson, COII, were inspecting the inmates housed in H1A block for haircuts. Officer Puckett ordered Inmate Keith Gavin, B OSK843, to remove a covering from his head. Inmate Gavin refused and started cursing Officer Puckett. Officer Puckett notified Sgt. Sanderson of inmate Gavin's refusal. Sgt. Sanderson notified Gary Malone, COII, assist. Shift commander, of inmate Gavin's refusal. Sgts. Malone and Sanderson returned to H1A cellblock and attempted to talk to inmate Gavin. Inmate Gavin became loud and argumentative by refusing to take the cover from his head. Sgt. Malone then opened the tray door and ordered Inmate Gavin to place his hands out to be restrained. Inmate Gavin refused to comply with the order by stating, "If you come into this cell, someone is going to leave in a body bag!" Sgt. Malone closed the tray door and exited the block. Sgt. Malone notified Jimmy Patrick, CIOI, second shift commander, of the incident. Lt. Patrick instructed Sgt. Malone to notify the on-call official, Steve Dees, Warden III, of the incident at approx. 4:07PM. At approx. 4:18PM, Warden Dees called back and was informed of the incident. Warden Dees instructed Sgt. Malone to form an extraction team and remove inmate Gavin from his cell. At approx. 4:20PM, a team, consisting of Sgt. Sanderson, Samuel Howard, COII, CCI's Cedric Bothwell, Frank Mickens, Bryan Chapman and Thomas Martin entered the block. Sgt. Malone opened the tray door and ordered inmate Gavin to present his hands. Inmate Gavin refused to obey Sgt. Malone's order. Sgt. Malone instructed Officer Bothwell to use the Freeze -P spray. Officer Bothwell was unable to do so due to inmate Gavin having his head wrapped in cloth and holding a blanket in front of him. Sgt. Sanderson positioned himself in front of the door with the stun shield and the cubicle officer, Andrew Shorter, COI, was ordered to open the door. As the door opened, inmate Gavin charged the shield but was not affected. Inmate Gavin was placed on the floor and Officer Mickens placed legirons on inmate Gavin's legs. Officers (conti



N 442

Continuation Sheet

St. Clair Corr. Fac.

Initials Number                STC-00-0019

Date:         1/2/2000         Type of Incident         Failure to obey / USE OF FORCE

Narrative Summary (Continued) Page No.   3

## STATEMENT

On 1/2/2000, Cedric Bothwell, COI, ws informed to report to the segregation office for a cell extraction on inmate Keith Gavin, B/OSK843. At approx. 4:20PM, Officer Bothwell, COIs Thomas Martin, Frank Mickens, Bryan Chapman, COIIs Samuel Howard, John Sanderson and Gary Malone went to H1 A-07 for a cell extraction. Sgt. Malone gave inmate Gavin a direct order to place his hands out of the tray door to be handcuffed. Inmate Gavin refused to put his hand out. Sgt. Malone told Officer Bothwell to spray inmate Gavin with Freeze -P, a chemical agent. Officer Bothwell attempted to spray inmate Gavin with freeze -P but inmate Gavin was standing at the back of the cell wrapped up in his sheets and blanket. Officer Bothwell informed Sgt. Malone that the Freeze -P didn't effect inmate Gavin because of the sheets and blankets wrapped around his head. Officer Bothwell stepped to the side of the tray door and closed it. Sgt. Malone told Sgt. Sanderson to use the shield. Sgt. Sanderson, Sgt. Howard, Officers Mickens, Martin, Bothwell and Chapman lined up ready to extract inmate Gavin. Sgt. Malone gave Andrew Shorter, COI, cubicle operator, the order to open cell A-07. Officer Shorter opened the door. Inmate Gavin charged the door and had to be placed on the floor and restrained. At approx. 4:25PM, Officers Bothwell, Mickens, Chapman, Martin, Sgts. Howard, Sanderson and Malone escorted inmate Gavin to the infirmary. At approx. 4:47PM, Sgt. Malone told Officers Bothwell and Martin to strip inmate Gavin's cell. Inmate Gavin's cell was stripped and secured by Officers Bothwell and Martin.

Cedric Bothwell, COI

N 462

<div align="center">Continuation Sheet</div>

St. Clair Corr. Fac.

Incident Number: STC-00-0019

Date: 1/2/2000

Type of Incident: Failure to obey / USE OF FORCE

Narrative Summary (Continued) Page No  5

<div align="center">## STATEMENT</div>

On 1/2 2000 at approx. 4:18PM, Gary Malone, COII, advised me, Frank Mickens, COII, to report to the segregation shift office to take part in a cell extraction of inmate Kevin Gavin, B-OSK843, in H1 A-07. As I entered the office an extraction team was formed consisting of Cedric Bothwell, COI, who had Freeze +P pepper spray, John Sanderson, COII, who was assigned as shield man, Bryan Chapman, COI, who was in charge of restraining the hands, Samuel Howard, COII, who was support, Thomas Martin, COI, who was support, and Gary Malone, COII, was supervising the extraction. I was in charge of restraining the legs. At approx. 4 25PM, the extraction team entered H1A. Sgt. Malone gave inmate Garvin several chances to place his hands out of the tray door to be handcuffed. Inmate Garvin refused. Sgt. Malone gave Officer Bothwell the order to spray inmate Gavin with freeze +P. Inmate Garvin then went to the back of his cell and placed a blanket over his head. Officer Bothwell sprayed inmate Gavin but the spray had no affect on him. At that time Sgt. Malone gave the cubicle operator, Andrew Shorter, COI, the order to open inmate Garvin's cell. Inmate Garvin tried to charge out of the cell. The extraction team entered the cell and placed inmate Garvin on the floor, restraining him. At approx. 4.50PM, inmate Garvin was escorted to the infirmary by Officers Bothwell, Mickens, Martin, Chapman, Sgts. Howard, Sanderson and Malone. Nurse Peggy Engle attempted to treat Inmate Garvin. First he refused to be treated but later agreed to let Nurse Engle treat him. See P-46 attached. At approx. 5:03PM, inmate Garvin was released from the infirmary and escorted to his block. He was given a shower and placed in his cell under stripped cell status.

Frank Mickens, COI

USE OF FORCE REPORT

DATE: 1-8-00 _____ TIME: 4:22 PM INCIDENT#_____

LOCATION: HIA CELL07 _____

SUSPECT: KEITH GRAN _____ AIS# OSK 843 RACE B

RULE VIOLATION(S) Failure to Obey a direct order of a
Doc Official _____

TYPE OF FORCE USED: ( ) CHEMICAL WEAPON    (✔) IMPACT WEAPON
                    ( ) OTHER - RESULTING IN INJURY

IF CHEMICAL, EFFECT: ( ) IMMOBILIZED INMATE    ( ) NO EFFECT

INMATE PERMITTED TO WASH AFTER CHEMICAL USE:
( ) YES        ( ) NO        ( ) REFUSED

INJURY TO INMATE Some MINOR SCRAPES AND BRUISES
HOSPITAL: N/A _____
DOCTOR: N/A _____

INJURY TO OFFICER: N/A _____

OFFICER USING CHEMICAL AGENT: _____

SUMMARY OF INCIDENT: Inmate Grinn refused to permit his
hand to be retrained. Chemical agent was not used due
to the inmate being wrapped by a sheet and blanket.
Inmate Grinn was extracted to by using the stun
shield.

_____                              1-8-00
SUPERVISOR'S APPROVAL                 DATE

## PSYCHOLOGICAL UPDATE

Name: _GAVIN, KEITH_     AIS#: _2-665_     R/S: _B_

Date: _04/19/02_     Date of Birth: _3/30/60_     Age: _____

Inmate _GAVIN_ was last evaluated by ADOC psychology staff member

_____ on _____/_____/_____.

A diagnosis of _____ was made and the inmate was

recommended for participation in _____

_____

_____

_____

The following observations and recommendations are made as a result of the current interview:

I.   Educational Needs
____a. ABE    ____b. Special Education    ____c. Trade School    ____d. Junior College

II.  Mental Health Needs

_____ A. Refer to psychiatrist        _____ E. Sexual adjustment        _____ I. Self-concept enhancement

_____ B. Substance abuse counseling    _____ F. Reality therapy          _____ J. Healthy use of leisure

_____ C. Depression                   _____ G. Anger-induced acting out  _____ K. Personal development

_____ D. Stress management             _____ H. Values clarification

Date referred to psychiatrist          _____/_____/_____

III. RECOMMENDATIONS/REMARKS: _____

_____

_____ no history of mental health treatment _____

_____

_____

_____

_____

_____

_____

MENTAL HEALTH CODE:        SMI        HARM        HIST        NONE

Evaluation Completed by: _Richard C Holbrook ( l_     Date: _04/19/02_

N-259 A (2/2001)
White to Central Records
Yellow to Institutional File
Pink to Data Entry and forwarding to Medical Record

ORM 225-B

**ABAMA DEPARTMENT OF CORRECTS**
**DISCIPLINARY REPORT**

1. INMATE Gavin     Keith     Edmund   CUSTODY  MAX  AIS NO. B/M  Z665
          LAST      FIRST     MIDDLE        DISCIPLINARY # HP02-165
2. FACILITY: Holman Correctional Facility
3. The above named inmate is being charged by___Jimmy Kilcrease, COI___
   with a violation of Rule # 35 specifically FIGHTING WITHOUT A WEAPON
   _____ from regulation # 403 which occurred on or about
   February 26 ,2002 at (time)___8:10____(am/xx), Location:
   Death row walk yard_____ A hearing on this
   charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: You, inmate Keith Gavin,
   B/Z665, were fighting without a weapon with inmate Dominique Ray, B/Z663,
   on the death row walk yard.

5. Date: 02-28-2002          J. Kilcrease COI
                              Arresting: Officer's Signature/Rank
6. I hereby certify that I have personally served a copy of the foregoing upon the
   above named inmate and I informed inmate of his/her right to present written or
   oral statement at the hearing and to present written questions for the witnesses
   on this the 28th day of FEBRUARY , 2002 at (time) 11:58 (am/pm).

7. Gary Bryan, COI                    Keith Gavin  2-665
   Serving Officer's Signature/Rank   Inmate's Signature/AIS Number

8. Witnesses desired?  NO_____     YES  Keith Gavin
                       Inmates Signature          Inmates Signature
9. If yes, list  OFFICER HOWARD
10. Hearing Date 03/05/02        Time 12:00 PM  Place A to G pile Bldg.
11. Inmate must be present in Hearing Room. If he/she is not present explain in
    detail on additional page and attach.
12. A finding is made that inmate (is/is not) capable of representing himself.

                    Greg Pane
                    Hearing Officer's Signature

13. Plea:_____ Not Guilty  _____  Guilty.
14. The Arresting Officer, inmate and all witnesses were sworn to tell the
    truth.
                    Greg Pane
                    Hearing Officers Signature
15. Arresting Officer's Testimony (at hearing): On the date and time in question
    while on the exercise yard area of death row, I observed inmates Keith Gavin and
    Dominique Ray, B/Z663, fighting without a weapon.

                                              MAR 0 5 2002

16. Inmates Testimony:_____Guilty, no statement.

Annex C to AR 403 (Page 1 of 3 pages)

DOC Form 225B (Revised 7/92)

## ALABAMA DEPARTMENT OF CORRECTIONS   HP01-0189
### DISCIPLINARY REPORT

1. INMATE: __Keith E. Gavin__   __B/M__   CUSTODY __Maximum__   AIS __Z665__

2. FACILITY: __Holman Correctional Facility__

3. The above inmate is being charged by __Issac Poindexter, COI__ with a violation of Rule Number __35__ specifically __Fighting without a weapon__ from regulation # __403__, which occurred on or about __March 5, 2001__ XX at (time) __11:55__ (am/pm), Location: __Death Row Law Library__
A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __You were fighting with inmate__ __Alonzo Burgess, B/Z559 in the Death Row Law Library.__ __#35 Major__

5. _____
   Arresting Officer/Signature/Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate on this the __7__ day of __March__, __2001__ at (time) __12:01__ (am/pm)

7. _____
   Serving Officer/Signature/Rank
   x __Keith Gavin__
   Inmate's Signature/AIS Number

8. Witnesses desired? NO _____   YES  x __Keith Gavin Z665__
   Inmate's Signature                              Inmate's Signature

9. If yes, list: __Issac Poindexter, COI, Ray, Domeanguil, Randy Bell__

10. Hearing Date __03/10/01__   TIME __1:50 PM__   PLACE __Office Law Lig__

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate ( is / is not ) capable of representing himself.
    _____
    Signature/Hearing Officer

13. Plea: __Keith G.__   Not Guilty _____   Guilty

14. The Arresting Officer, inmate, and all witnesses were sworn to tell the truth.
    _____
    Signature/Hearing Officer

15. Arresting Officer's testimony (at the hearing): __On March 5, I was passing by the law library__ __and heard a noise. I observed inmate Alonzo Burgess walking toward inmate__ __Gavin. I got assistance from other officers, we entered the law library__ __and escorted inmate Keith Gavin and Alonzo Burgess out.__

Annex C of AR 403 (Page 1 of 2)

Q.B.B office facilitate did you observe both inmates
engaged in a struggle"?

A) Yes I did.

Q.B.B there you contact was made by both
inmate Sauni and-Burgers?

(A). (YES).

Q.B.B were both inmates being held by other
inmates in the Arbrary

(A). only Burgess.

Q.B.A) were there any marks bruises scratches
any signs of blood ect.?

(A) only Burgess. no).

STATE OF ALABAMA,                         ★     IN THE CIRCUIT COURT FOR
                                          ★
        PLAINTIFF                         ★
                                          ★
VS.                                       ★     CHEROKEE COUNTY, ALABAMA
                                          ★
KEITH EDMUND GAVIN,                       ★
                                          ★                        MOVED
        DEFENDANT                         ★     CASE NO:  CC-98-61 and
                                          ★               CC-98-62
                                                                   AUG 23

                                                                        TAS
                        O R D E R

        The Defendant's MOTION FOR NEW TRIAL was set for hearing on
May 30, 2000, at which time the Defendant and his attorneys
appeared and argued some of the issues raised in said Motion.  The
Defendant's attorneys have requested leave to file an additional or
supplemental brief, and in consideration of the scheduling needs of
this Court it is,

        ORDERED, ADJUDGED AND DECREED as follows:

        1.  On or before June 30, 2000, the State shall file a brief
in response to the Defendant's brief and argument presented on May
30, 2000.

        2.  On or before June 30, 2000, the Defendant shall file any
additional or supplemental briefs in support of the MOTION FOR NEW
TRIAL.

        3.  The Defendant and State shall file any further responses
on or before July 24, 2000.

        The Defendant's MOTION FOR NEW TRIAL shall come for further
hearing on Friday, August 4, 2000, at 9:00 a.m.  The Defendant has
consented for said hearing to be conducted at the third floor
courtroom of the DeKalb County Courthouse, in Fort Payne, Alabama.
At the hearing hereby scheduled the Sheriff of Cherokee County, for

ORDER
CC-98-61 and CC-98-62
CHEROKEE COUNTY
PAGE 2

providing security and transportation, and same shall be coordinated by and with the Sheriff of DeKalb County, Alabama.

The deadline of September 1, 2000, for the Court's ruling on the Defendant's MOTION FOR NEW TRIAL, remains unchanged, and if no ruling is issued on or before that date said Motion shall be deemed denied by operation of law thereafter.

Done this _____ day of June, 2000.

DAVID A. RAINS, CIRCUIT JUDGE

Copies to:                        Attorney for:
Mr. Michael E. O'Dell            State of Alabama
Mr. Robert F. Johnston

Mr. Stephen P. Bussman           Keith Edmund Gavin
Mr. Steven G. Noles

Hon. Cecil Reed,
Sheriff, DeKalb County

Hon. Roy Wynn,
Sheriff, Cherokee County

Officer Richard Woods
Security, Cherokee County

Officer Stanley Hollingsworth
Security, DeKalb County

Mr. Cecil Atchison,
Transfer Agent
Alabama Department of Corrections

GAVIN.B

```
                    ALABAMA DEPARTMENT OF CORRECTIONS
33715               INMATE SUMMARY AS                /29/2000              CODE: GRSUM

*****************************   **********************************************

  S: 00209629    INMATE: GALIN, KEITH EDMUND                    RACE: W  SEX: M

INSTITUTION: DCC - UNASSIGNED                                   JAIL CR: 14   4050

  JB: 03/30/1960    DS##:

         , EDMOND                        ALIAS: GANT     LIST

ALIAS: RODERO, KEITH                     ALIAS:

                  /16/2000 DEAD TIME:           CR

ADM TYP:                                            DEATH ROW

 RRENT CUST: NON-E   CURRENT CUST DT: 01/05           COUNTY GAOL

 CURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT449 LAW IN               CURRENT CLASS DATE: 01/05/2000
INMATE IS EARNING :

COUNTY    SENT DT  CASE NO  CRIME                     JL-CR     TERM
CHEROKEE  01/05/00 V95000061 MURDER                   06700 020Y 00M 000 CS
                    CT II
           COURT COSTS  : $0030574    FINES : $0000000   RESTITUTION : $0000000
CHEROKEE  01/05/00V95000062 ATTEMPTED MURDER          06700    LIFE      CS
           COURT COSTS  : $0000565    FINES : $0000000   RESTITUTION : $0000000

  TOTAL TERM     MIN REL DT     GOOD TIME BAL:  LONG DATE
     LIFE        00/30/0000     000Y 00M 000    LIFE

 INMATE LITERALS ALSO SERVING #2653
******************************************************************************

 ETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

******************************************************************************

ESCAPEE-PAROLE SUMMARY
     INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
     SINCE D.O.C.C.I.S. RECORDING BEGAN IN 1978

******************************************************************************

DISCIPLINARY/CITATION SUMMARY
```

CONTINUED ON NEXT PAGE

139715                    ALABAMA DEPARTMENT OF CORRECTIONS
                         INMATE SUMMARY AS OF 02/29/2000                    CODE: CRSUM

**************************   CONTINUATION   ***************************

 S: 00208409    INMATE: GAVIN, KEITH EDMUND                  PAGE: 6   SEX: M

***************************************************************************

DISCIPLINARY/CITATION SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

2252



Cherokee

# ALABAMA BOARD OF PARDONS AND PAROLES

## REPORT OF INVESTIGATION

Type of Investigation   Pre-Sentence _____   Date Dictated   11-22-99

Name   KEITH EDMUND GAVIN _____   True name   Edmund Keith Gavin

Alias   Edmond Gavin, Keith Rogers

RSA   B/M _____   DOB   3-30-60 _____   Height and Weight   5'8"  145 lbs.

Complexion   Medium _____   Color of Hair   Black _____   Color of Eyes   Brown

Bodily Marks   None noted.

Driver's License # _____   SSN   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

AIS#   208409   FBI#   584560R8   SID#   .

Address   1140 North Lockwood   Phone #   773-379-8473
            Chicago, Illinois

County   Cherokee _____   Case #   CC-98-061 & CC-98-062

Offense(s)   Capital Murder and Attempted Murder

Sentence(s)   Death/Life

Date of Sentence ____ 1-5-2000 _____   Date Sentence Began   1-5-2000

Date of Arrest   3-6-98 _____   Date of Bond _____   Bond Amount $   None

Judge   David Rains _____   DA   Michael O'Dell

Attorney   Bayne Smith & John Ufford _____   Retained _____   Appointed   XX

Court Ordered Restitution $   None

Barred From Parole _____   Yes   XX _____   No _____

Date Copies Sent to Central Records   1-6-2000

NOTES: _____

PBF 203

## *PRESENT OFFENSE(S)*

### *County, Court, and Case Number:*

*Cherokee County Circuit Court, Case No. CC-98-061*

### *Offense:*

*Capital Murder (two counts:  Count 1, Murder During the Commission of Robbery; and Count 2, Murder After Previous Murder Conviction within 20 Years.*

### *Sentence:*

*Death*

### *Date of Sentence:*

*1-5-2000*

### *Details of Offense:*

*Keith Edmund Gavin was arrested March 6, 1998, and charged with Murder During the Commission of Robbery.  On April 13, 1998, the April 1998 Term of the Cherokee County Grand Jury returned a two count Indictment:  Count one, Murder During Robbery; Count two, Murder After Previous Murder Conviction within 20 Years.  Gavin was arraigned on the charges on April 23, 1998, at which time he entered a plea of not guilty.  Gavin was set for trial on May 11, 1998, and continued from time to time until November 1, 1999.  The trial process began on November 1, 1999, and on November 6, 1999, the Jury returned a verdict of Guilty to both counts. On November 8, 1999, the sentencing phase of the trial began and the Jury returned a sentencing recommendation of Death on a 10 to 2 vote on the same day, November 8, 1999.  A sentencing date is set for December 6, 1999, in the Cherokee County Courtroom.*

*During the early evening hours on March 6, 1998, DeWayne Meeks and his passenger, Keith Edmund Gavin, pulled in behind a van parked at the corner of River street and immediately adjacent to Regions Bank.  Gavin got out of the Meeks vehicle with a 40 calibre semi-automatic Glock pistol, owned by Dewayne Meeks, and went to the driver's side of the van driven by Mr. Clinton William Clayton. Witnesses saw Gavin open the driver's door, shoot Mr. Clayton, push Mr. Clayton over and get into the van with Clayton and drive away heading south on Main Street toward Leesburg.*

2



*An eye witness to the shooting ran to the Cherokee County Sheriff Office and reported the incident. A "be on the look out" (BOLO) message was dispatched over the police radio system with a description of the van and its direction of travel.*

*Mr. Danny Smith, District Attorney Investigator, was traveling along Alabama Highway 68 towards Leesburg from Collinsville when he intercepted the Van driven by Gavin. Smith turned around and pursued Gavin with his "blue lights" activated until Gavin stopped on the highway. Gavin came out of the Van and shot the same 40 calibre Glock semi-automatic pistol, used at Regions Bank shooting, twice toward Danny Smith. Gavin ran into a wooded area immediately north of his vehicle.*

*Danny Smith first went to the abandoned Van and found a white male, later identified as Mr. Clinton William Clayton, bleeding profusely from gun shot wounds lying slumped partially between the driver seat and the passenger seat. Smith summoned paramedic assistance and stayed with Mr. Clayton until the arrival of an ambulance.*

*Mr. Clayton was transported to Cherokee Baptist Medical Center where he was pronounced dead on arrival.*

*A search party of area law enforcement officers convened at the wooded area along Alabama Highway 68 where Gavin had entered after shooting at Danny Smith. After approximately three hours, Gavin was found hiding in a small creek that traversed the area. Gavin was arrested and carried to the Cherokee County Jail where he remained until the November 1, 1999, trial.*

*On March 13, 1999, the 40 Calibre Glock semi-automatic pistol was found in the wooded area where Gavin was captured on March 6, 1999. The serial number of the pistol, CCN49US, was the same as the pistol Dewayne Meeks reported taken by Gavin from his automobile.*

*Forensic report dated March 13, 1998, from the Alabama Department of Forensic Science revealed that Mr. Clinton William Clayton had died from a gunshot wound to the chest.*

*Forensic analysis of two spent shell casings found at the site of the shooting, of Mr. Clayton and one spent casing found on highway 68 were fired from the same 40 calibre Glock semi-automatic pistol.*

### Serious Physical Injury Barring Parole:

*Yes*

3

## Subject's Statement:

Keith Edmund Gavin declined to an interview with the Probation Officer on November 9, 1999.

## Case Status of Co-Defendants:

None.

## Location of Offense:

This offense took place on River Street, Centre, Alabama at a location adjacent to Regions Bank and across from the east end of the Cherokee County Courthouse.

## Court Ordered Restitution:

None.

## PRESENT OFFENSE(S)

## County, Court, and Case Number:

Cherokee County Circuit Court, Case No. CC-98-062

## Offense:

Attempted Murder

## Sentence:

Life, consecutive to CC-98-061

## Date of Sentence:

1-5-2000

## Details of Offense:

Keith Edmund Gavin was arrested March 6, 1998, and charged with Attempted Murder. On April 13, 1998, the April 1998 Term of the Cherokee County Grand Jury returned an Indictment charging Gavin with Attempted Murder. Gavin was arraigned on the charges on April 23, 1998, at which time he entered a plea of not guilty. Gavin was set for trial on May 11, 1998, and continued from time to time until November 1, 1999. The trial process began on November 1, 1999, and on

4

November 6, 1999, the Jury returned a verdict of Guilty to the charge. A sentencing date is set for December 6, 1999.

During the early evening hours on March 6, 1998, District Attorney Investigator Danny Smith heard a "be on the look out" (BOLO) transmission over his police two-way radio from the Cherokee County Central Dispatch. The BOLO reported the shooting, subject of CC-98-061 of this report, and determined that the assailant was heading toward his immediate position on Alabama Highway 68. Smith observed the Van driven by Keith Edmund Gavin heading from the direction of Leesburg toward Collinsville. Smith turned his automobile around and pursued Gavin with his "blue lights" activated until Gavin stopped on the highway. Gavin came out of the Van he was driving and immediately fired a shot at Danny Smith and then ran to the passenger side of the Van and fired a second shot at Smith. Gavin then ran into an adjacent wooded area just north of the vehicle.

A search party was formed of area law enforcement personnel and Gavin was captured approximately three hours later. Gavin was found in a small creek that traversed the wooded area.

A spent shell casing was found on Alabama Highway 68 on the passenger side of the aforementioned Van. Ballistic analysis of the spent casing by the Alabama Department of Forensic Science determined that it was fired from the same gun used in Centre in the Murder of Mr. Clinton William Clayton, a 40 calibre Glock semi-automatic pistol that was owned by Dewayne Meeks.

The pistol was found later in the wooded area, in leaves, on the path that Gavin used when he attempted to evade capture.

## Serious Physical Injury Barring Parole:

Yes

## Subject's Statement:

Keith Edmund Gavin declined to an interview with the Probation Officer on November 9, 1999.

## Case Status of Co-Defendants:

None.

## Victim Notification Information:

Danny Smith

## *Victim Impact:*

*Mr. Smith was not injured.*

## *Location of Offense:*

*This offense took place on Alabama Highway 68 near the Sand Rock Community.*

## *Court Ordered Restitution:*

*None.*

## *RECORD OF ARREST(S)*

## *Prior Arrest Record:*

| *DATE* | *AGENCY* | *CHARGES* | *DISPOSITION* |
|--------|----------|-----------|---------------|
| *5-11-77* | *Chicago, IL PD* | *Murder* | *Discharged* |
| *4-10-77* | *Chicago, IL PD* | *Theft* | *Disposition not given* |
| *10-27-77* | *Chicago, IL PD* | *Battery* | *Dismissed* |
| *9-29-79* | *Chicago, IL PD* | *Burglary* | *10-25-79 sentence 2 yrs. Prob.* |
| *10-4-79* | *Chicago, IL PD* | *Burglary* | *Dismissed* |
| *1-19-80* | *Chicago, IL PD* | *Aggravated Battery* | *Disposition not given* |
| *3-28-81* | *Chicago, IL PD* | *Murder* | *7-8-82 sent. 34 yrs. Paroled 12-28-97* |

## Subsequent Arrest Record:

| DATE | AGENCY | CHARGES | DISPOSITION |
|------|--------|---------|-------------|

None.

## PERSONAL / SOCIAL HISTORY

### Subject:

Keith Edmund Gavin is a thirty-nine year old black male born March 30, 1960, as the third oldest of twelve children to Willie and Annette Matthews Gavin in Chicago, Illinois. Gavin has always lived in Chicago, Illinois. His mother reported that he had a good childhood.

### Marital Status / History:

Gavin has never been married and has not fathered any children.

### Health:

During his adolescent years, Gavin suffered from a kidney ailment that required hospitalization. Gavin was required to follow a strict diet for several years. He was attacked while in Prison in Illinois and sustained serious injuries. During incarceration in the Cherokee Jail, Gavin complained of chest pains on November 15, 1998, and was transported by ambulance to the Baptist Medical Centre-Cherokee, Centre and test results were negative. At a later date Gavin developed a skin rash that required treatment at a local doctor's office. At the present time Gavin appears fit and healthy.

### Education:

Gavin dropped out of Crane High School during his sophomore year. He had problems at the school with drugs. His mother reported that he attended College at the age of eighteen, but didn't stay very long.

### Financial Status:

None.

### Employment History:

Gavin worked in a security job for a short period of time (his mother could not remember name and dates). Gavin had several part-time jobs of short duration.



## Military Record:

*None.*

## Offender's Family:

**Father:**   *Willie Gavin, deceased 1989*

**Mother:**   *Annette Matthews Gavin, age 62, resides at 1140 North Lockwood, Chicago, Illinois.  She is on disability retirement from part-time employment with the U.S. Postal Service.*

**Siblings:**   *Willie Gavin, Jr., deceased 1996; Elaine Gavin, age 41, resides in Chicago; Victor Gavin, age 38, resides in a Chicago suburb and is employed in a photo shop; Steven Gavin, age 37, resides in a Chicago suburb and is unemployed; Sterling Gavin, age 35, resides in a Chicago suburb and is employed in day labor; Adriane Gavin Brooks, age 32, resides in a Chicago suburb·and is attending nursing school; Sharon Gavin, age 30, resides in Chicago and is unemployed; Nichole Gavin, age 24, resides in Chicago and is employed with Brookfield 200, Chicago; Latrice Gavin, age 22, resides in Chicago and is unemployed; Ezra Gavin, age 21, resides in Quincy, Illinois and is employed with a college; Geanetta Gavin Clark, age 19, resides in Chicago and is a housewife.*

*Note:  The only sibling reported to have any history of criminal activity was Steven and it was as a juvenile.*

## EVALUATION OF OFFENDER

### Psychological Reports:

*Gavin was administered a psychological evaluation on March 18, 1993, by the Mental Health Clinical Service, Illinois River Correctional Center.  Doctor Iwashita, Clinical Psychologist, reported that Gavin was not experiencing any psychological problems at that time.*

### Reputation and Community Activities:

*Gavin was visited regularly at the Cherokee County Jail by Minister S. J. Johnson of Jehovah's Witness Church.  He expressed a strong belief that Gavin was sincere in his belief of God.*

## Probation and Parole Officer's Remarks:

*The Personal/Social History section of this report was compiled from an interview of Ms. Annette Gavin, Keith Edmund Gavin's mother, jail records and the testimony of Minister S. J. Johnson. Keith Edmund Gavin declined to interview with me.*

*Ms. Gavin offered two letters she received from her son over the past twenty months for review. One would deduct from the form and text of the letters that Gavin is intelligent and articulate.*

*Signed and dated at Centre, Alabama this the 29th day of November, 1999.*



Whitt L. Latham
*State Probation & Parole Officer III*

*WLL/vm*



[illegible]

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 01/07/20[illegible]

[illegible]

************************************************************************************************

[illegible]

INSTITUTION: [illegible] - HOLMAN STATE PRISON

JAIL CR: 00/[illegible]

DOB: [illegible]

SSN: [illegible]

ADM DTE: [illegible]

TIME: 00Y 00M 00D

SEN TYPE: DEATH ROW

STATUS: ADMINISTRATIVE SEGREGATION

GRANT CUST: OTHER

CURRENT CUST DTE: 01/05/2000

PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: [illegible] CLASSIFICATION: [illegible]

EARNING GOOD TIME [illegible] IN CLASS IV

CURRENT CLASS DATE: 01/05/2001

INMATE IS CURRENTLY PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | JAIL CR | TERM |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | MURDER | [illegible] | 00Y 00M 00D |
| | | | CAPITAL MURDER CT 1 | | |

COURT COSTS $ [illegible] FINES $ [illegible] RESTITUTION $ [illegible]

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | LONG DATE |
|---|---|---|---|
| 00Y 00M 00D | 00/00/0000 | 000Y 00M 00D | 00/00/0000 |

INMATE [illegible]

************************************************************************************************

DETAINER/WARRANT SUMMARY

INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

************************************************************************************************

ESCAPE-PAROLE SUMMARY

INMATE CURRENTLY HAS NO PAROLE RECORDS

INMATE CURRENTLY HAS NO PROBATION [illegible] RECORDS

INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
SINCE D.O.C.C.I.S. RECORDING BEGAN IN 1972

************************************************************************************************

DISCIPLINARY/CITATION SUMMARY

INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

ECD [illegible]

Case 4:16-cv-00273-KOB   Document 35-39   Filed 11/07/16   Page 64 of 101

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 01/05/2000

I: 00002865   INMATE: DAVIS, KEITH EUGENE

INSTITUTION: ATO - CHEROKEE

DOB: 00/30/1966   SSN: 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

DO TYP: DEATH ROW   STAT: DEATH ROW

SECURITY LEVEL: IN CLASSIFICATION RECORD FOUND

INMATE LITERAL: ALSO SERVING

DETAINER WARRANTS SUMMARY
INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY
INMATE CURRENTLY HAS NO PAROLE RECORDS

INMATE CURRENTLY HAS NO PROBATION RECORDS

INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.

DISCIPLINARY/CITATION SUMMARY
INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 01/05/2009

*************************************************************************

AIS: 00208409     INMATE: DAVIS, KEITH EDWARD

INSTITUTION: DB - CHEROKEE

DOB: 05/30/1960     SSN: 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

AV OF: 01/05/2009 DEAD TIME: 00Y 00M 00D

ADM TYP: LIFE SENTENCE                    STAT: LIFE SENTENCE

PRESENT CUST: MED-0   CURRENT CUST DT: 01/05/2009   PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT440 LAW IN CLASS IV     CURRENT CLASS DATE: 01/05/2009
INMATE IS EARNING & PROHIBITED FROM EARNING GOODTIME

| COUNTY | COURT DT | CASE NO | CRIME | JL-CR | TERM |
|--------|----------|---------|-------|-------|------|
| CHEROKEE | 01/05/09 N90009061 | MURDER | | 05/09 000Y 00M 00D | |

                CT II

|          | COURT COSTS : $000.57 | FINES : $0000000 | RESTITUTION : $0000000 |
| CHEROKEE | 01/05/09 N90009062 ATTEMPTED MURDER | | COSTED  LIFE  00 |
|          | COURT COSTS : $000.00 | FINED : $0000000 | RESTITUTION : $0000000 |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | LONG DATE |
|------------|------------|---------------|-----------|
| LIFE | 00/00/0000 | 000Y 00M 00D | LIFE |

INMATE LITERAL: NOW SERVING #2009
*************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*************************************************************************

ESCAPE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 704 RECORDS

    INMATE HAS NO ESCAPED FROM ALABAMA D.O.C.
    SINCE D.O.C.C.I.S. RECORDING BEGAN IN 1979

*************************************************************************

DISCIPLINARY/CITATION SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

Trudie,

Please Match TOGETHER #Z665

                         &amp;     #SK843        &amp; 208409

on Gavin, Keith Edmund

THANKS,
        LOUISE

ACR059                    ALABAMA JUDICIAL DATA CENTER
                                 CHEROKEE COUNTY
                              TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                                          CC 1998 000061.00 01
                                          DAVID A RAINS

```
| CIRCUIT COURT OF CHEROKEE COUNTY              COURT ORI: 013015 J

 STATE OF ALABAMA       VS.                   DC NO:     0000 000000.00
 GAVIN KEITH EDMUND          ALIAS:           G J:    200002
 C/O CHEROKEE COUNTY JAIL    ALIAS:           SSN:   343542191
 110 CEDAR BLUFF ROAD                         SID:   000000000
 CENTRE   AL  35960                           AIS:

 DOB:  03/30/1960   SEX: M   HT: 5 09   WT: 145  HAIR: BLK   EYE: BRO
 RACE: ( )W (X)B ( )O   COMPLEXION:         AGE:       FEATURES:

 DATE OFFENSE: 00/00/0000  ARREST DATE: 03/06/1998  ARREST ORI: 0130000

 CHARGES @ CONV      CITES          CLS  COURT ACTION        DA DATE
 MURDER CAPITAL-ROBBE 13A-005-040(A)( U  GUILTY PLEA     11/06/1999
 MURDER CAPITAL-20YR  13A-005-040(A)( U  GUILTY PLEA     11/06/1999
                                                         00/00/0000

 JUDGE: DAVID A RAINS 290       PROSECUTOR: ODELL MICHAEL E

 PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
 ( )Y(X)N           ( )Y( )N         ( )Y( )N         ( )Y( )N

 ACT 754-76         IMPOSED   SUSPENDED   TOTAL    JAIL CREDIT
 ( )Y (X)N  CONFINEMENT: 00 00 000  00 00 000  00 00 000  00 00 670
            PROBATION  : 00 00 000             00 00 000
 DATE SENTENCED: 01/05/2000  SENTENCE BEGINS: 01/05/2000

 PROVISIONS             COSTS/RESTITUTION        DUE       ORDERED

 PENITENTIARY          RESTITUTION            $0.00       $0.00
 CONSECUT SENT         ATTORNEY FEE           $0.00       $0.00
 D E A T H             CRIME VICTIMS         $50.00      $50.00
                       COST                 $573.50     $573.50
                       FINE                   $0.00       $0.00
                       MUNICIPAL FEES         $0.00       $0.00
                       DRUG FEES              $0.00       $0.00
                       ADDTL DEFENDANT        $0.00       $0.00
                       DA FEES                $0.00       $0.00
                       COLLECTION ACCT        $0.00       $0.00
                       JAIL FEES              $0.00       $0.00

                       TOTAL                $623.50     $623.50

 APPEAL DATE    SUSPENDED      AFFIRMED        REARREST
 ( )Y( )N       ( )Y( )N       ( )Y( )N        ( )Y( )N

 REMARKS:   2665              THIS IS TO CERTIFY THAT THE
                             ABOVE INFORMATION WAS EXTRACTE
                             FROM OFFICIAL COURT RECORDS AN
 PLEASE SEE ATTACHED ORDERS  AND IS TRUE AND CORRECT.

 208409
 SK843                       CAROLYN M SMITH
                             01/05/2000
```

ENTERED TERMINALS
DATE 1-5-2000 By

OPERATOR: BEL
PREPARED: 01/05/2000

JHH-05-0 Case 4:16-cv-00273-KOB Document 35-39 Filed 11/07/16 Page 68 of 101

ACR359

ALABAMA JUDICIAL DATA CENTER
CHEROKEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 1998 000062.00 01
DAVID A RAINS

| CIRCUIT COURT OF CHEROKEE COUNTY | COURT ORI: 013015 J |
|---|---|

STATE OF ALABAMA          VS.
GAVIN KEITH EDMUND          ALIAS:
C/O CHEROKEE COUNTY JAIL    ALIAS:
110 CEDAR BLUFF ROAD
CENTRE  AL  35960

DC NO:       0000 000000.00
G J:    200003
SSN:    343547191
SID:    000000000
AIS:

DOB:  03/30/1960    SEX: M    HT: 5 08    WT: 145    HAIR: BLK    EYE: BRO
RACE: ( )W (X)B ( )O    COMPLEXION:                AGE:    FEATURES:

DATE OFFENSE: 00/00/0000    ARREST DATE: 03/06/1998    ARREST ORI: 0130000

CHARGES @ CONV        CITES            CLS COURT ACTION            CA DATE
ATTEMPT - MURDER      13A-004-002      A   GUILTY PLEA            11/08/1999
                                                                 00/00/0000
                                                                 00/00/0000

JUDGE: DAVID A RAINS                    PROSECUTOR: ODELL MICHAEL E

PROBATION APPLIED    GRANTED    DATE    REARRESTED DATE    REVOKED    DATE
( )Y(X)N             ( )Y( )N           ( )Y( )N           ( )Y( )N

ACT 754-76              IMPOSED       SUSPENDED       TOTAL       JAIL CREDIT
( )Y (X)N    CONFINEMENT:  00 00 000    00 00 000    00 00 000    00 00 670
             PROBATION  :  00 00 000    00 00 000    00 00 000
DATE SENTENCED: 01/05/2000    SENTENCE BEGINS: 01/05/2000

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $0.00 | $0.00 |
| CONSECUT SENT | ATTORNEY FEE | $0.00 | $0.00 |
| LIFE | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $565.50 | $565.50 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $615.50 | $615.50 |

ENTERED TERMINALS
DATE ___ BY ___

208409

APPEAL DATE        SUSPENDED        AFFIRMED        REARREST
( )Y( )N           ( )Y( )N         ( )Y( )N        ( )Y( )N

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTE
FROM OFFICIAL COURT RECORDS AN
AND IS TRUE AND CORRECT.

PLEASE SEE ATTACHED ORDERS

Carolyn M Smith
CAROLYN M SMITH

01/05/2000

OPERATOR: BEL
PREPARED: 01/05/2000

STATE OF ALABAMA
BOARD OF CORRECTIONS

**N601**
D of C
DOC No. 601 (REV. 4/81)

INSTITUTIONAL INCIDENT REPORT

| 1. Institution: Holman C. F. | 2. Date: February 26, 2002 | 3. Time: 8:10 AM | 4. Incident Number HP02-165 |
|---|---|---|---|

| 5. Location Where Incident Occurred: Death Row Exercise Yard | 6. Type of Incident: Fighting Without a Weapon |
|---|---|

| 7. Time Incident Reported: 8:10 AM | 8. Who Received Report: Lt. David Craft |
|---|---|

9. Victim:  a. _____ No _____
         b. _____ No _____

| 10. Suspects: | | | | 11. Witnesses: | a. | No. |
|---|---|---|---|---|---|---|
| a. | Dominique Ray | B/M | No. Z663 | | b. | No. |
| b. | Keith Gavin | B/M | No. Z665 | | c. | No. |
| c. | | | No. | | d. | No. |
| d. | | | No. | | e. | No. |
| e. | | | No. | | f. | No. |
| | | | | | g. | No. |

Physical Evidence:

12. Type of Evidence:    N/A

13. Description of Evidence    N/A

14. Chain of Evidence:
a.    N/A
b.
c.
d.

Narrative Summary: On February 26, 2002, at approximately 8:10 AM, Inmates Dominique Ray, B/Z663, and Keith Gavin, B/Z665, were fighting on the death row walk yard. At first it appeared that the two inmates might have been playing. Officer Kilcrease told both inmates to stop fighting and to come over where he was standing. Both inmates stopped and came over to Officer Jimmy Kilcrease. Officer Kilcrease began to question both inmates to see what was going on. Officer Kilcrease positioned himself between the two inmates as he was questioning them. Both inmates attempted to fight again and had to be restrained until other officers arrived to help escort both inmates back to their cells. Lt. Craft questioned both inmates. Officer Mike Austin escorted Inmate Dominique Ray, B/Z663, to the unit hospital. Inmate Keith Gavin B/Z665, refused to go to the unit hospital. Inmates Dominique Ray and Keith Gavin will receive disciplinary action for fighting without a weapon.

_Kilcrease COI_    Jimmy Kilcrease, COI                    (cont.)

DISTRIBUTION:    ORIGINAL  Investigation and Inspection Division
              COPY to Deputy Commissioner, Institutions
              COPY to Institutional File
              COPY to Central Records File



N 602

CONTINUATION SHEET

Incident Number: HP02-165

Type of Incident: Fighting without a weapon

Date: February 26, 2002

Narrative Summary (Continued) Page No.

COI Jimmy Kilcrease continued statement:

It was determined that the inmates had words the night before. It was determined that inmate Cronin hit him when they were released out of their cell for the walk, and then continued on the walk toward

Kilcrease Cw
Jimmy Kilcrease, COI

2269

# LARRY J. WILSON

Phone – 256-927-3365
Fax – 256-927-4543

## SHERIFF • CHEROKEE COUNTY



December 7, 2005

Dear Mr. Roberts:

The enclosed are copies of arrest reports on Keith Edmund Gavin and the I/O report, as well as the theft report actually taken at County Club Hills Police Department (IL) by Dwayne Meeks on the stolen gun and our (Cherokee County Sheriff's Department) recovery report on the stolen gun.

If you should have any questions, please feel free to contact me at (256) 927-3365.

Thank you,

Meredith Y. Johnson
Chief Clerk

*110 Cedar Bluff Rd. • Centre, AL 35960*

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R&I Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,1,3,0,0,0,0 | Cherokee Co. So. | E800.40.072 | |

**5 LAST, FIRST, MIDDLE NAME:** Gavin Keith Edmund
**6 ALIAS AKA:** Keith Edmund

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| [M] M | [W] W [A] | 5'8 | 145 | BRO | BLR | MED | |
| [F] F | [B] B [I] | | | | | | |

[5] SCARS · [6] MARKS · [7] TATOOS · [8] AMPUTATIONS

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Chicago Cook Co. IL. | 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 | 03 06 60 | 37 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|

| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | NCIC CLASS | | | | | | | |

| 26 [1] RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| [X] NON-RESIDENT | 1440 West 14 St. Chicago IL | | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO |
|---|---|---|
| Cherokee County Sheriff's Dept | | [1] IN STATE [2] OUT STATE AGENCY |

| 36 CONDITION OF | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ARRESTEE: [1] DRUNK [X] SOBER [2] DRINKING [3] DRUGS | [1] YES [X] NO | [1] NONE [2] OFFICER [3] ARRESTEE | [X] Y [ ] N | [1] HANDGUN [2] RIFLE [3] SHOTGUN · [3] OTHER FIREARM [4] OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04 15 97 | 11:40 [ ] AM [2] MIL. | S M T W T F S | [1] ON VIEW [X] ON WARRANT | [X] YES [ ] NO |
| | [2] P.M. | 1 2 3 4 5 6 7 | | [3] UNKNOWN |

| 46 CHARGE—1 [X] FEL [2] MISD | UCR CODE | 48 CHARGE—2 [X] FEL [2] MISD | UCR CODE |
|---|---|---|---|
| Murder during the Course of Robbery | | Att. murder | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 [X] FEL [2] MISD | UCR CODE | 58 CHARGE—4 [1] FEL [2] MISD | UCR CODE |
|---|---|---|---|
| Murder - 20va | Grand Jury Indt | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION | 47 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| [X] HELD [4] TOT—LE [2] BAIL [5] OTHER [3] RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

| 82 JUVENILE DISPOSITION: | [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE M D Y [ ] AM [ ] MIL [ ] PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | |
|---|---|

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] YES [ ] NO |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Wilson Larry | CE-2 | | | | |

TYPE OR PRINT IN BLACK INK ONLY

2271

**ALABAMA UNIFORM ARREST REPORT**

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Fingerprinted | R84 Completed |
|---|---|
| ☑ Yes | ☑ Yes |
| ☐ No | ☐ No |

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 1 3 0 0 0 0 | Cherokee Co. SO. | 9 8 0 0 3 0 0 3 2 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| GAVIN  KEITH Edmund | KEITH Edmund |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ M ☐ F | ☐ W ☑ B | 5'8 | 145 | BRO | BLK | MED | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Chicago, Cook Co. IL | 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 | 09 13 1960 | 37 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | NCIC CLASS | |

| 26 ☐ RESIDENT ☑ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 1440 West 14St. Chicago IL | | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| | | ☐ IN STATE ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | ☐ 1 DRUNK ☐ 3 SOBER ☐ 2 DRINKING ☐ 4 DRUGS | 37 RESIST ARREST? ☐ 1 YES ☑ 2 NO | 38 INJURIES? ☐ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ 1 Y ☐ 2 N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 4 OTHER FIREARM ☐ 2 RIFLE ☐ 5 OTHER WEAPON ☐ 3 SHOTGUN |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 03 10 1998 | 10 21 ☐ 1 AM ☑ 2 PM ☐ 3 MIL | ☐ S ☐ M ☐ T ☐ W ☐ T ☐ F ☐ S | ☐ 1 ON VIEW ☐ 2 CALL ☐ 3 WARRANT | ☐ 1 YES ☐ 2 NO ☐ 3 UNKNOWN |

| 46 CHARGE—1 | ☑ FEL ☐ MISD | 47 UCR CODE |
|---|---|---|
| Murder during the Course or Robbery | | |

| 48 CHARGE—2 | ☑ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|
| Att. Murder | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 56 CHARGE—3 | ☐ 1 FEL ☐ 2 MISD | 57 UCR CODE | 58 CHARGE—4 | ☐ 1 FEL ☐ 2 MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| | | | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION ☑ 1 HELD ☐ 2 BAIL ☐ 3 RELEASED ☐ 4 TOT—LE ☐ 5 OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ 1 YES ☐ 2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| |

| 82 JUVENILE DISPOSITION: | ☐ 1 HANDLED AND RELEASED ☐ 2 REF. TO JUVENILE COURT ☐ 3 REF. TO WELFARE AGENCY ☐ 4 REF. TO OTHER POLICE AGENCY ☐ 5 REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE |
|---|---|---|
| | | 83 RELEASED TO |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

| 91 DATE AND TIME OF RELEASE M D Y : ☐ 1 AM ☐ 2 PM ☐ 3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ 1 YES ☐ 2 NO ☐ 3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES *CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Wilson Barry | CE-2 | Darrell Collins | Ars.0-11 | | |

2272

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☒ INCIDENT ☒ OFFENSE ☐ SUPPLEMENT | 2 CASE # | 3 SFX |
|---|---|---|---|---|
| 4 1 7 - 4 6 - 1 4 6 0 | | | 9 8 0 0 3 0 0 4 1 | |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 9 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|
| 0 1 3 0 0 0 0 | 0 3 0 7 9 8  1030 ☐AM ☒PM ☐MIL | CHEROKEE Co. So. | M___ D___ Y___ |

8 REPORTED BY   ☐ VICTIM OR

7 ADDRESS (STREET, CITY, STATE, ZIP)

10 PHONE ( )

| 12 VICTIM (LAST, FIRST, MIDDLE NAME)   1 P  2 B  3 S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| CLAYTON Clinton William JR | 1140 Dogwood Lane Birmingham | |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|

| 19 | 20 INJURY | 21 RACE | 22 SEX | 23 HGT | 24 WGT | 25 DOB | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ RESIDENT  ☐ NON-RESIDENT | ☐ N ☐ O ☐ B ☐ I | ☐ W ☐ B ☐ I | ☒ MALE ☐ FEMALE | | | M 21 0 29 | 68 | ☐ Y ☐ N | | |

| 30 TYPE INCIDENT OR OFFENSE  ☐ FEL. ☐ MISD. | 31 DEGREE (CIRCLE) | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Murder during the Course oF Robbery | 2  3 | | |

| 34 TYPE INCIDENT OR OFFENSE  ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Attempted murder | 1  2  3 | | |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| CENTRE AL.  Next to Regions Bank | |

| 40 POINT OF ENTRY | 41 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR |
|---|---|---|---|
| ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE | ☐ SIMPLE ☐ AGGR. | ☐ Y ☐ N  ASSAULT INJURY ☐ Y ☐ N |

| OCCURRED ON OR BETWEEN | 45 TIME | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISE | 50 CODE |
|---|---|---|---|---|---|---|
| 0 3 0 6 9 8 | 6:43 ☐AM ☒PM ☐MIL | S M T W T F S  1 2 3 4 5 6 7 | ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | ☐ HWY.—ST.—ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☒ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | |
| M D Y | 52 TIME : ☐AM ☐PM ☐MIL | 53 S M T W T F S  1 2 3 4 5 6 7 | | | | |

| 54 VERIFY FOR ☐ Y | 55 TREAT. FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|
| RAPE EXAM ☐ N | RAPE INJURY ☐ N | LOCATION: RAPE | |

| 58 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|
| ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | DESCRIBE: | |

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | 63 RECOVERED | | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | On 3-6-98 At 6:43 p.m. Subject came in Centre Police Dept., And Reported A Shooting. The Subject Said A Black male had Shot A man in A delivery VAN Next to Regions Bank. He Advised the Black male Pushed the man over And got into | | | | |

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

| 75 CHECK CATEGORIES | ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|---|

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ Y ☐ N  # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR | 93 STOLEN IN YOUR JURISDICTION? ☐ Y ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Y ☐ WHERE? |
|---|---|---|

OFFICER WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 03 07 95 | 10 30 | 96 CASE # 96 0 03 00 41 | 97 SFX | 98 [1] OFFENDER [2] SUSPECT [3] MISSING PERSON | [X] CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) | | 100 NICKNAME/ALIAS | | 101 RACE [1] W [3] A [2] B [4] | 102 SEX [1] M [2] F | 103 DOB M   D   Y | 104 AGE |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |

| 111 PROBABLE DESTINATION | | 112 ARMED? [1] Y  [2] N  [3] UNK. | 113 WEAPON |

| 114 CLOTHING | [1] SCARS  [1] MARKS  [1] TATOOS | 115 [1] ARRESTED [2] WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | | 117 NICKNAME/ALIAS | | 118 RACE [1] W [3] A [2] B [4] | 119 SEX [1] M [2] F | 120 DOB M   D   Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | | 129 ARMED? [1] Y  [2] N  [3] UNK. | 130 WEAPON |

| 131 CLOTHING | [1] SCARS  [1] MARKS  [1] TATOOS | 132 [1] ARRESTED [2] WANTED |

WITNESSES

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE ( ) | 136 BUS. PHONE ( ) |
|---|---|---|---|---|
| # 1 | SEX [1]M [2]F  RACE [1]W [3]A [2]B [4]  M   D   Y | | ( ) | ( ) |
| # 2 | SEX [1]M [2]F  RACE [1]W [3]A [2]B [4]  M   D   Y | | ( ) | ( ) |
| # 3 | SEX [1]M [2]F  RACE [1]W [3]A [2]B [4]  M   D   Y | | ( ) | ( ) |
| # 4 | SEX [1]M [2]F  RACE [1]W [3]A [2]B [4]  M   D   Y | | ( ) | ( ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

NARRATIVE

137

THE VAN AND DROVE OFF going TOWARD LEESBURG.
HE SAID the VAN WAS White with Writting on
The side. The dispatcher gave it out to the City
And County units. Danny Smith got behind the
Veh. on Hwy-68 going Toward COLLINSVILLE. WHEN
he Stopped the VAN A BLACK MALE CAME out of the
VAN AND Fired Twice At him And then RAN into the
Woods.
The Subject WAS A BLACK MALE App. 25 years old
5·7 Short Hair CLEAN SHAVEN with Wine Colored
Shirt, Jeans And Cap on boggin.

| CONTINUED ON SUPPLEMENT [Y] [N] |
| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

| 138 LOCAL USE |
| 139 STATE USE |

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE [Y] [N] |

ADMINISTRATION

| 147 CASE STATUS [X] PENDING [2] INACTIVE [3] CLOSED ENTERED ACIC/NCIC [Y] [N] DATE | 148 CASE DISPOSITION: [1] CLEARED BY ARREST (JUV.) [2X] CLEARED BY ARREST (ADULT) [3] UNFOUNDED | [4] EXCEPTIONAL CLEARANCE: [A] SUSPECT/OFFENDER DEAD [B] OTHER PROSECUTION [C] EXTRADITION DENIED [D] LACK OF PROSECUTION [E] JUVENILE, NO REFERRAL [F] DEATH OF VICTIM | 149 REPORTING OFFICER  Danny Wilson C-2          ID # | 
| | | | 150 ASSISTING OFFICER          ID # |
| | | | 151 SUPERVISOR APPROVAL   ID # | 152 WATCH CMDR.   ID # |

MAR. 25. 1998  3:12PM        HILLS POLICE                          NO. 1040  P. 2

**OFFENSE / INCIDENT REPORT** DEPARTMENT OF POLICE • COUNTRY CLUB HILLS, IL 60478-4698

CASE # 98-3278

| | | | | | | |
|---|---|---|---|---|---|---|
| OFFENSE / INCIDENT: Property | | CLASSIFICATION: | | | | |

**INCIDENT**

OFFENSE / INCIDENT: Property
INCIDENT REPORTED DATE: 03 0798  TIME: 845
INCIDENT OCCURRED FROM: DATE 03 6798  TIME UNK  TO: DATE 03 0798  TIME 845
WORK SECTION
TIME DISPATCHED: 845
TIME ARRIVED: 846
TIME CLEARED: 855        0810
LOCATION OCCURRED: 4213 W 179 TH ST        COMMON NAME

**DNA**

LAST (BUSINESS NAME): MEEKS  FIRST: DWAYNE V  MIDDLE: LAMARK  AGE: 33
ADDRESS: 4213 W 179 TH ST

**VICTIM**

RESIDENCE PHONE: 927-3040   OTHER PHONE:   POE & TX: IL  Dept of Corrections
SEX: M  RACE: BLK  DOB: 12 2864  HT: 5-10  WT: 230  HAIR: BIK  EYES: BrO  DL NUMBER: M200-1726-4369  STATE: IL  CLASS: D
MISC. INFORMATION:

**VIC - RP - WIT**

LAST:   FIRST:   MIDDLE:   AGE:   ☐ VICTIM ☐ REPORTING PERS ☐ WITNESS
ADDRESS:
RESIDENCE PHONE:   OTHER PHONE:   POE & TX:
SEX:  RACE:  DOB:  HT:  WT:  HAIR:  EYES:  DL NUMBER:   STATE:  CLASS:
MISC. INFORMATION:

**UNK / DNA**

LAST:   FIRST:   MIDDLE:   AGE:   AKA: Y /
ADDRESS:
RESIDENCE PHONE:   OTHER PHONE:   POE & TX:
SEX:  RACE:  DOB:  HT:  WT:  HAIR:  EYES:  DL NUMBER:   STATE:  POB:
DISPOSITION: (CIRCLE ONE) 1 - ARRESTED/CHARGED  2 - ARRESTED / NOT CHARGED   MISC. NUMBER:  HAZARD  Y / N  DESCRIBE:
SOCIAL SECURITY NUMBER:  CCH ID#:   ALIAS/NICKNAME:

**OFFENDER**

S / M / T DESCRIBE OR DRAW:

HAIR:
☐ SHORT  ☐ PROCESSED
☐ MEDIUM ☐ CURLY
☐ LONG  ☐ OTHER
☐ STRAIGHT

FACIAL HAIR:
☐ NONE
☐ FULL BEARD
☐ MUSTACHE
☐ LOWER LIP
☐ GOATEE
☐ OTHER

COMPLEXION:
☐ LIGHT
☐ MEDIUM
☐ DARK
☐ OTHER

GANG AFFILIATION ____ NONE ____ SUSPECT ____ KNOWN  GANG ____
☐ ADMITS MEMBERSHIP
☐ IN COMPANY OF IDENTIFIED GANG MEMBERS
☐ NAMED BY 2 OR MORE GANG MEMBERS AS BEING A MEMBER OF THEIR GANG
☐ PHOTO OR WRITING THAT INDICATES GANG AFFILIATION
☐ TATTOOED WITH GANG SYMBOLS
☐ INVOLVED IN GANG RELATED CRIMES
☐ WEARS/POSSESSES GANG COLORS OR PARAPHERNALIA
☐ CONTACTED IN THE FIELD, BY POLICE, PARTICIPATING IN GANG ACTIVITIES

**SUSPECT**

CHARGES/COMMENTS   COURT AND BOND INFORMATION

SEE NARRATIVE

L99/G98A3014

**VEHICLE**

INVOLVEMENT  C - CONFISCATED  D - DAMAGED  R - RECOVERED  S - STOLEN  T - TRAFFIC INVOLVEMENT  K - WANTED  V - VICTIM  I - IMPOUNDED  O - OTHER
CODE  LICENSE PLATE  STATE  MO - YR  # PLATES  MAKE   MISC. VEHICLE INFORMATION
MODEL  STYLE  YEAR  (OR) COLOR  (BOTTOM COLOR)  (INTERIOR COLOR)
VIN #   VALUE: $

**ADMIN**

REPORTING OFFICER SIGNATURE: Allen  ID #: 31  DATE OF REPORT: 03 07 98  SUPERVISOR APPROVAL SIGNATURE:   DATE:
☐ INFORMATION ☐ JUVENILE  ☐ CLEARED BY ARREST  ☐ ADMIN. CLEARED  ☐ VICTIM REFUSED TO PROSECUTE  ☐ UNFOUNDED
☐ PATROL FOLLOW UP ☐ DETECTIVE

MAR. 25. 1998  3:12PM    C C HILLS POLICE                              NO. 1040   P. 4

**MISSING / STOLEN PROPERTY INVENTORY · DEPARTMENT OF POLICE · COUNTRY CLUB HILLS, ILLINOIS 60478-4599**

| ☐ OFFENSE / INCIDENT REPORT CONTINUATION | ☒ SUPPLEMENTARY REPORT | ☐ PROPERTY INVENTORY |
|---|---|---|

| CLASS CODE | OFFENSE / INCIDENT CLASSIFICATION | CASE REPORT NO. |
|---|---|---|
| | *Stolen Property* | *98-3278* |

| DATE | NAME: ☐ VICTIM  ☐ OFFENDER | SEX/RACE/AGE | |
|---|---|---|---|
| *03 07 98* | | | PAGE ( OF / |

| TIME | ADDRESS | APT. NO. | PHONE NO. | REPORTING OFFICER | STAR NO. |
|---|---|---|---|---|---|
| | | | | *C. Allen* | *31* |

TYPE CODES:          M – MISCELLANEOUS     B – BICYCLES     C – CHECKS     D – DRUGS     F – FIREARMS
INVOLVEMENT CODES:   C – CONFISCATED       S – STOLEN        O – OTHER

| LINE # | TYPE | SUB-TYPE | INVL | DESCRIPTION | MANUFACTURER | MODEL # | SERIAL NUMBER | VALUE | QUANTITY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | F | B | S | 40. CALIBUR HANDGUN (BLACK) | GLOCK | 22. | CCNYYN9US | $410.93 | 1 |
| | | | | | | | LDSG98A3014 | | |

2276

MAR. 25. 1998  3:12PM      HILLS POLICE                    NO. 1040   P. 3

Case/Supplemental Report ☆ Country Club Hills Police Department ☆ Country Club Hills, IL 60478-4698

| Date  03 07 98 | Offense  STOLEN PROPERTY | RD# 98-3278 |
|---|---|---|
| Time  0845 | Name  S/R/DOB | Page # 2 of 2 |
| ☒ Case Report  ☐ Supplemental Report | Address  Phone | Officer #  C. allen  31 |

P/O SPOKE WITH THE VICTIM AND LEARNED THE FOLLOWING IN SUMMARY:

R/O STATES THAT HE LAST SAW HIS HANDGUN; A BLACK 40. CALIBER GLOCK APPROXIMATELY THREE WEEKS AGO. HE HAD PLACED THE WEAPON IN HIS BEDROOM DRAWER AND NOTICED IT GONE APPROXIMATELY 1300 hrs THIS DATE.

R/O ADVISES HE'S HAD NO BREAK IN TO HIS HOME ONLY A FEW FRIENDS AND FAMILY RELATIVES HAVE BEEN THERE. VICTIM DOES HAVE A VALID VOID CARD. MISSING/PROPERTY SHEET FURNISHED.

WEAPON DESCRIPTION AND SERIAL # ENTERED INTO LEADS. LEADS # LDS/G 98 A 3014    CA

Victim DOES NOT KNOW WHO MAY HAVE TAKEN HIS WEAPON . CA

C. allen   31
Reporting Officer

Chief / Commanding Officer

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☒ INCIDENT ☐ OFFENSE ☐ SUPPLEMENT | 2 CASE # 98.0.0.3.0.1.3.5 | 3 SFX |
|---|---|---|---|---|

| 4 ORI # 0.1.3.0.0.0.0 | 5 DATE AND TIME OF THIS REPORT 0.3.13.98 11:00 ☐ AM ☒ PM ☐ MIL. | 6 AGENCY NAME CHEROKEE Co-So- | 7 ☐ SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|

| 8 REPORTED BY ☐ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE ( ) |
|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) 1 P 2 S 3 S MEERS DEWAYNE | 13 ADDRESS (STREET, CITY, STATE, ZIP) 4213 W 179th. St, IL. | 14 PHONE 708 922-3040 |
|---|---|---|

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE ( ) |
|---|---|---|---|

| 19 ☐ RESIDENT ☒ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE ☒ W ☐ B ☐ I | 22 SEX ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☒ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ☒ MISD. RECOVERY | 31 DEGREE (CIRCLE) 1 2 3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☒ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 38 PLACE OF OCCURRENCE OFF, County Road 48 in Cherokee County. | 39 SECTOR |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☒ N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN 03.13.98 | 45 TIME 9:55 ☐ AM ☐ PM ☐ MIL. | 46 ☐S ☐M ☐T ☐W ☐T ☐F ☐S 1 2 3 4 5 6 7 | 47 LIGHTING ☒ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | 48 WEATHER ☒ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | 49 PREMISE ☐ HWY.—ST.—ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☒ OTHER COMMER. ☒ OTHER | 50 CODE |
|---|---|---|---|---|---|---|

| 54 VERIFY FOR ☐ Y | 55 TREAT. FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|

| RAPE EXAM ☒ N | RAPE INJURY ☒ N | LOCATION: RAPE |
|---|---|---|

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE    DESCRIBE: ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|

## PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | RECOVERED ONE 40 CAL. GLOCK S.N. CCN449US OFF County Road 48 iN WOODS, WEAPON WAS used iN A murder iN CENTRE AL. | | | | |
| | GUN WAS REPORTED STOLEN by DEWAYNE MEERS ON 3-7-98 AT ☒ CONTINUED IN NARRATIVE | | | | |

## DOLLAR VALUE

| 64 MOTOR VEHICLE S R D C | 65 CURRENCY, NOTES S R D C | 66 JEWELRY S R D C | 67 CLOTHING/FURS S R D C | 68 FIREARMS S R D C | 69 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|
| 70 ELECTRONICS S R C | 71 HOUSEHOLD S R D C | 72 CONSUMABLE GOODS S R D C | 73 LIVESTOCK S R D C | 74 MISCELLANEOUS S R D C | |

| 75 CHECK CATEGORIES | ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|---|

## VEHICLES

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ Y ☐ N # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 34xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ Y ☐ N WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Y ☐ N WHERE? |
|---|---|---|

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT | | 96 CASE # | | 97 SFX | 98 [1] OFFENDER [2] SUSPECT [3] MISSING PERSON | [4] CROOK & MELT TABLE |
|---|---|---|---|---|---|---|---|

**99 NAME (LAST, FIRST, MIDDLE)** | **100 NICKNAME/ALIAS** | **101 RACE** | **102 SEX** | **103 DOB** | **104 AGE**

105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION

111 PROBABLE DESTINATION | 112 ARMED? [1] Y [2] N [3] UNK. | 113 WEAPON

114 CLOTHING | [1] SCARS | [1] MARKS | [1] TATOOS | 115 [1] ARRESTED [2] WANTED

116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE | 119 SEX | 120 DOB | 121 AGE

122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION

128 PROBABLE DESTINATION | 129 ARMED? [1] Y [2] N [3] UNK. | 130 WEAPON

131 CLOTHING | [1] SCARS | [1] MARKS | [1] TATOOS | 132 [1] ARRESTED [2] WANTED

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 | SEX [1]M [2]F RACE [1]W [3]A [2]B [4]I | | ( ) | ( ) |
| #2 | SEX [1]M [2]F RACE [1]W [3]A [2]B [4]I | | ( ) | ( ) |
| #3 | SEX [1]M [2]F RACE [1]W [3]A [2]B [4]I | | ( ) | ( ) |
| #4 | SEX [1]M [2]F RACE [1]W [3]A [2]B [4]I | | ( ) | ( ) |

WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN

**NARRATIVE**

137 _County Club Hills Police Dept. in Il._

CONTINUED ON SUPPLEMENT [Y] [N]

ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

118 LOCAL USE

SIGNATURE _____

120 STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE [Y] [N] |
|---|---|---|---|---|---|---|---|

**ADMINISTRATION**

| 147 CASE STATUS [1] PENDING [2] INACTIVE [3] CLOSED | 148 CASE DISPOSITION: [1] CLEARED BY ARREST (JUV.) [2] CLEARED BY ARREST (ADULT) [3] UNFOUNDED | [4] EXCEPTIONAL CLEARANCE: [A] SUSPECT/OFFENDER DEAD [B] OTHER PROSECUTION [C] EXTRADITION DENIED [D] LACK OF PROSECUTION [E] JUVENILE, NO REFERRAL [F] DEATH OF VICTIM | 149 REPORTING OFFICER _Jane Wilson_ ID # |
|---|---|---|---|
| ENTERED ACIC/NCIC [Y] [N] DATE | | | 150 ASSISTING OFFICER ID # |
| | | | 151 SUPERVISOR APPROVAL ID # 152 WATCH CMDR. ID # |

AFFIDAVIT

)
)
)
)
)

STATE OF ALABAMA

I,   Jacqueline Johnson   , hereby certify and affirm that I am a Medical Records Clerk at Holman Health Care Unit; that I am one of the custodians of inmate medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain documents maintained here in the institutional medical file of one,   Gavin, Keith AIS NO._Z-665_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the   Holman Health Care Unit   ; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the _16th_ day of _November_, 2005.

SWORN TO AND SUBSCRIBED before me this the _16_ day of _November_, 2005.

_____
NOTARY PUBLIC

SEAL:

My Commission Expires _7/11/08_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## ~~SICK CALL~~ REQUEST  _To Dentist_

Print Name: _Keith Gavin_          Date of Request: _3-30-05_
ID # _Z-6605_          Date of Birth: _____   Location: _8-21-4_
Nature of problem or request: _I'm inquiring about the rescheduling_
_you made back in October of 2004 for teeth cleaning. You said_
_that you would schedule me an appointment for teeth cleaning._
_I hope to be seeing you soon concerning this matter. Thank you!_
                                          _Keith Gavin_
                                          Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/31/05_
Time: _____ AM PM
Allergies: _____

> RECEIVED
> Date: 3/28/05
> Time: 0500
> Receiving Nurse Intials ✓—

**(S)ubjective:** Same as above

**(O)bjective (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____**

**(A)ssessment:** Pt to be resched. for cleaning appt.
Hyg. was out for 6 weeks and is
**(P)lan:** working on her appt. list.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
             Was MD/PA on call notified:   Yes ( )     No ( )

                    _K. Stephen_
                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

## NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 11/21/01 | C-spine, | cur=lat, skull X-RAYS DONE RS L.T. |
| 8/18/03 | CuRE | Not done                         RAR.T |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | AIS# |
|------------|-------|--------|------|
| Gavin | Keith | | Z-665 |

NC-006          NURSES NOTES      HOLMAN

# Health Services Request Form

Inmate Name _KEITH GAVIN_

AIS No. _Z-665_     Date of Birth _3-30-60_     Date of Request _8-14-03_

Housing Loc. _3-U-5_

Nature of problem or request _HAVING LEFT-SIDE CHEST PAINS, SHORT OF BREATH, &_
_RASH ON BACK, NEED A NEW EYE glasses BECAUSE of the WRONG kind &_
_NEED SHAVING PROFILE BECAUSE OF AN ALLERGIC REACTION towards SHAVING_
_POWDER AND SHAVING RAVORS, I HAVE SENSITIVE SKIN. Also NEED to SEE_
_the dentist BECAUSE gum INFECTION, I NEED to SEE the doctor._

Sign here for consent to be treated by health staff for the condition described above. _Keith Gavin_

Place this slip in Medical Box or designated area

DO NOT WRITE BELOW THIS LINE

RECEIVED AUG 1 4 2003

---

## Health Care Documentation

Subjective: "I've been having chest pains in my Left side and coughing
and shortness of breath", I think the doctor needs to X Ray me "
"my eyeglasses are hurting my eyes & my head & I think
the eye doctor needs to see me to give me new glasses,"

Objective:  BP 132/88   P 74   R 18   T 98.2   WT 145.5

A & O X3, amb to HCU c̄ steady erect gait, skin W & D to touch
Pointing @ L upper ribs described as sharp pain; BBS clear, all data
Chest pain when lying down & no activities; also wants to down the
for Rash on Back; light colored spots covering Back; says he's had
Sebum Blue before but did not work) & light pigments/ discoloration
eye chart @ eye 20/30 L eye 20/50 - eye Referral done; States allergic to
Assessment:                    Razor & powder and Requests
Plan: alt in comfort           shaving profile.
                               States has had same glasses for 3½ yrs.
jacket to MD                   8-15-03 Reviewed
                               (See order)
Refer to: PA/ Physician  Mental Health   Dental  _Ray B. md_
Education: Rest, plenty of Fluids for cough & chest
Pain

Protocol used: (specify) _N/A_

Signature _S. Pelin_     Title _LPN_   Time _2305_  Date _8/14/03_

NAPHCARE
HEALTH SERVICES REQUEST FORM
HOLMAN

Print Name: _Keith Gavin_   Date of Request: _11-1-01_

ID#: _Z-665_   Date of Birth: _____   Housing Location: _5U3_

Nature of problem or request: _I'm having SEVERE headaches on the left side of my head. I would like VERY much to see a doctor for this problem._

Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

**RECEIVED NOV 0 2 2001**

*********************************************************

HEALTH CARE DOCUMENTATION

Subjective: "_I'm having on left side of head_"

Objective: BP _160/90_ P _88_ R _20_ T _97.5_ # _147_ Ambulatory to clinic. _c a steady gait holding L side of head. Alert, Oriented x 3. On sick call received order_

Assessment: _Bilateral digital pain 10/14/01. Alt in comfort_

Plan: Protocol for headaches
1. avoid otress
2. Cool compress to area

_11-5-01 Review
(See orders)_

Refer to: __X__ PA/Physician ____ Mental Health ____ Dental

Signature: _A. Hettich_   Title: _LPN_   Date: _11/4/01_ Time: _2330_

NCO40

HEALTH SERVICES REQUEST FORM

2284

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: _Keith Gavin_   Date of Request: _10-14-01_

ID#: _Z-665_   Date of Birth: _3-30-60_   Housing Location: _543_

Nature of problem or request: _HEAD-ACHES on the side of my_
_LEFT temple ; tooth & gum ACHES on the LEFT-side_
_of my mouth-top ; bottom; continue throat cough;_

_Keith Gavin_
Sign here for consent to be treated by health staff for the condition described

RECEIVED OCT 1 4 2001

58

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
*******************************************************************

NKA

HEALTH CARE DOCUMENTATION

Subjective: Need to see Dr for severe headache, sore throat, cough, a lot. AA's for 1wk (two weeks). Hurts (Lt side) head all the time. Sore throat, cough for 1wk. Not coughing anything. Having toothache. Then hurts where tooth pulled. "No money on books."

Objective: BP 140/90  P 76  R 16  T 97.5  wt 145#
-Alert + oriented X3. Voice raspy, squealing; claim feel X1wk throat cough. No current medication. Throat redness, non productive cough. No prob. c ears. Claim gum hurts when he touches it. No redness noted area healed up.

Assessment: A- Alteration in comfort

Plan: Nursing Protocol Headache
1) Avoid stress.  2) Take medication as directed
3) Apply cool compresses to area of pain

Refer to: PA/Physician ___ Mental Health ___ Dental ✓
4) No money on Books - Refer to MD

Signature: _Williams_   Title: _LPN_   Date: _10/15/01_   Time: _0030_

Dr. Robert Barnes   10-15-01  Received
Holman Health Unit   (See Orders)

Rbt J Barnes MD

NCO40

HEALTH SERVICES REQUEST FORM

INTERDISCIPLINARY PROGRESS NOTE

Patient Name: Gavin, Keith        I.D. # 7665        Institution: Holman

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1/10 | 1330 | Rec'd to Holman —— McGhaba | |
| | | | |

ID#: _Z 46_ Date of Birth: _3-30-_ Housing Location _543_

Nature of problem of request: _Head Throat & Chest Cold and Headache_

CONFID...

I consent to be treated by health staff for the condition described.

_Keith Davis_

RECEIVED DEC 2 1 2000—TW SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

HEALTH CARE DOCUMENTATION

NKA
Tool

Subjective: Have cold, fever & moved down into my chest now. Sick since Friday evening. Thought it would go away. But it got worse.

Objective: BP _116/76_ P _72_ R _18_ T _98.5°_ wt _157 1/2#_
- alert & oriented x 3. Skin warm & dry to touch.
- Lungs clear. Has cough of yellow color sputum.
- Some nasal stuffiness noted. eyes teary & red.

Assessment: alteration in health maintenance.

Plan: Nursing Protocol Cold
1. Inmate education done. Voiced understanding.
2. Drink plenty of fluids. (Esp H₂O)
3. Stop smoking.
4. Rest.

S.O. Sudafed 60mg BIO X 7[?]
CTM 4mg BIO X 7[?]
Cough tab BIO X 7[?]

Refer to: _____ PA/Physician _____ Mental Health _____ Dental _____ _William UN_

Nurse's Signature _Williams LPN_ Date _12/25/00_

# EDICATION
# DMINISTRATION RECORD

 NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Feldene 20mg
po qd  2d pc
30d Barnes 10/24/up4

HARTING FOR 11/1/03    THROUGH 11/31/03

Physician Barnes

Physician

ergies

NKA

Diagnosis

edicaid Number        Medicare Number

Complete

By S Smith    Title PN    Date 10/29/03

TIENT  Gavens, Keith

PATIENT CODE    ROOM NO.    BED    FACILITY CODE

2288

# MEDICATION
# DMINISTRATION RECORD ◼ NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Feldene 20mg - Po
STD @ 2nd pill call X 30d       1300

BARNES & 10/22 10/24 11/21

CHARTING FOR 10/22/03    THROUGH 10/31/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician BARNES

Alt. Physician

Telephone Number

Alt. Telephone

Inmate No. Z-665

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number

Complete ? when Checked
By: S Johnson    Title: LPN    Date: 10/22/03

PATIENT GAVEN Keith

PATIENT CODE Z-665 | ROOM NO. 305 | BED | FACILITY CODE Holman

# EDICATION
## DMINISTRATION RECORD  ▪ *NaphCare* ▪



| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

notha  300mg  IV
TDX 3 day
cell Vv  4/26 — 4/29

R t
Bid

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR   April  2008   THROUGH

Physician   West

T. Physician

lergies   NVA

Diagnosis

| edicaid Number | Medicare Number | Complete Entries Checked |
|---|---|---|

By: A. Hauch  PC

Title: LOS 7W

Date: 4/24/0

ATIENT   Gavin  Keith

PATIENT CODE   2 Lou 5

ROOM NO   SUR

BED   FACILITY CODE

# EDICATION
# DMINISTRATION RECORD   ◀ NaphCare ▶



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Relafin 500 mg - π QHS
x 14 (a)

Dr Barnes/pg 3/21 - 3/7

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR  3/1/02   THROUGH  3/31/02

Physician  Dr Barnes

L Physician

lergies  NKA

Diagnosis

| edicaid Number | Medicare Number |
|---|---|

Completed  By: _J. Williams_   Title: _DN_   Date: 3/22/02

ATIENT  Davis  Keith

PATIENT CODE  Z-665   ROOM NO. 511-3   BED  FACILITY CODE

# MEDICATION
## ADMINISTRATION RECORD   ✦ NaphCare ✦

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 786402 NAPROXEN TAB 500MG<br>12/18/01<br>TAKE 1 TABLET BY MOUTH TWICE A<br>DAY AFTER MEALS FOR 30 DAYS<br>Stop: 01/18/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Dosage completed*

Selium Shupio gmg gPm
Hen Shewn gt in 10-12 mm 2
      + bible          2000                                              X

Dr Barmes / Ophelia Chart 1/20-3/22

Robolin 500g +t g44 x
+ Use stick      14 kg      2000                            SIM M)

Dr Barnes / Ophelia 3/24  3/7

| | |
|---|---|
| CHARTING FOR | 02/01/02   THROUGH   02/28/02 |
| Physician | Dr Barnes |
| Alt. Physician | |
| Allergies | NKA |

| Telephone No. | | Inmate No. |
|---|---|---|
| Alt. Telephone | | Z-445 |
| Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked<br>By: William | Title: RN | Date: 1/23/ |
|---|---|---|---|---|

| PATIENT | PATIENT CODE | ROOM NO. | BED | FACIL. |
|---|---|---|---|---|
| GAVIN, KEITH | Z-445 | 5-11-3 | | |

# MEDICATION
# ADMINISTRATION RECORD





| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**786402 NAPROXEN TAB 500MG**

TAKE 1 TABLET BY MOUTH TWICE A
DAY AFTER MEALS FOR 30 DAYS
Stop: 01/18/02    Barnes

12/18/01

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    01/01/02    THROUGH    01/31/02

Physician    Dr Barnes

Alt. Physician

Allergies    NKA

Diagnosis

Telephone No.

Alt. Telephone

Inmate No.    2-665-

Rehabilitative Potential

Medicaid Number    Medicare Number

Complete Entries Checked    By    Williams

Title:

Date:

PATIENT    GAVIN, KEITH

PATIENT CODE    2-665

ROOM NO.    5112

BED    FACILITY

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

776577 METHOCARBAMOL TAB 500MG
11/20/01
TAKE 2 TABLETS BY MOUTH THREE
TIMES A DAY FOR 14 DAYS
Stop: 12/04/01    *Barnes*

776579 IBUPROFEN TAB 800MG
11/20/01
TAKE 1 TABLET BY MOUTH THREE
TIMES A DAY AFTER MEALS FOR 30
DAYS
Stop: 12/20/01    *Barnes*

naprosyn 500g + Bw d 30p
Kg x l
D. Barnes / 1 ph. (12/13)  12/17 - 1/17

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  12701701        THROUGH  02/28/00   12/31/01

Physician  *D. Barnes*
Alt. Physician                                    Telephone No.                          Inmate No.
Allergies  NKA                                    Alt. Telephone                          2-665-
                                                  Rehabilitative
Diagnosis                                         Potential

Medicaid Number     Medicare Number     Completed Entries Checked
                                         By:  *J. Williams*      Title: ___    Date: 1/23

PATIENT  GAVIN, KEITH

PATIENT CODE  7-665     ROOM NO. N-112     BED    FACILIT

# EDICATION .DMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–30 (days) |
| --- | --- | --- |
| ...ntin 2mg ⅱ TIDx30d / ...Barnes/telephone 11/5 12/5 | 0500 / 1200 / 2000 | [illegible initials, days 5–19]; D/C'd; new order Belay 11/20 |
| ...ntin 2mg ⅱ @ TIDx30d / ...Barnes/telephone 11/20 12/20 | 0500 / 1200 / 2000 | [illegible initials, days 20–30] |
| Robaxin 5mg ⅱ @ TIDx14d / ...Barnes/telephone (11/20) 12/4 | 0500 / 1200 / 2000 | [illegible initials, days 20–30] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/1/01 THROUGH 11/30/01

Physician D. Barnes

Alt. Physician

Allergies NKA (?) wal

Telephone Number

Alt. Telephone

Inmate No.

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title LPN Date: 11/5/01

PATIENT Gavin, Keith

PATIENT CODE 7-465

ROOM NO. 5113

BED

FACILITY CODE [illegible]

**EDICATION
DMINISTRATION RECORD**   **◄ NaphCare ►**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 200g ℥ TID X3 da | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ~ red / Tylenol 161 10/4 | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Priloral – BID X 7d | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ~ Borne / BA 10-15 / 10-22 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| @ Pfyltab 100g BID X 10d | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ~ Borne / BA 10-15 / 10-25 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| H₂O₂ Rinses bid X 2 weeks 1 buttle | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| West / At 10/25/01 1/hl o? | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR **10/1/01**   THROUGH **10/31/01**

Physician   Dr West

ll. Physician

lergies   NKA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Private No.

edicaid Number    Medicare Number

Complete Entries Checked   By: _____

Title: LPN   Date: 10/1/01

ATIENT   Gavin, Keith

PATIENT CODE   7-665

ROOM NO.   G-13

BED   FACILITY COD   11.1

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 200mg IV po now × 5 d | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| po Dr. Barnes DH 9/27 | now | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen VK 500mg PO now, then D/C | 0500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| po Dr. Barnes DH 9/29 | now/D8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **9-22-01**   THROUGH **9-30-01**

Physician: Barnes

Alt. Physician:

Allergies: NKA

Diagnosis:

| Telephone Number | | Inmate No. 2015-HP |
|---|---|---|
| Alt. Telephone | | |
| Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: RN | Date: 9/30/01 |
|---|---|---|---|---|

PATIENT: **Gaskin, Keith**

PATIENT CODE: 7-565   ROOM NO.: 5H3   BED:   FACILITY CODE: blk avg

# MEDICATION ADMINISTRATION RECORD

Facility: _____

CC#: 0638

MONTH 12/2000

| DRUG · DOSE MODE · INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NKA

DOB/INMATE #: 3-30-60   Z-4665

LOCATION: 543

NAME: _____

**EYE EXAMINATION SHEET**

| TO: (Service Physician) Bradford | FROM: (Requesting Ward, Med. Fac. Phys.) Holman | Date of Request: 1/6/10 |
|---|---|---|

Reason For Request: (Complaints and Finding)

Intake V/A 20/50 Lt  20/25 Rt

Past History

Old Rx

Signature

Type of Consult    ☐ Emergency    ☐ Routine

**CONSULTATION REPORT**

Subjective:  OD
OS

OPHTH:  40% ⁹⁰ R
20% ⁹⁰ L WM

New Rx:  OD
OS

Seg. Ht. 21

Ext:
Date Dispensed & Initials:

-.005  -.050  x 665
PL  1.00  x 015  / + 1.00  old 75/72

Seg. Type:

IDP & Time:

04/18/145

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE

| Patients Last Name Gavin | First Keith | Middle | Age 39 | R/S B/m | I.D No. Hdd5 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

2299

# INSTITUTIONAL EYE CARE

P.O. 390
Lewisburg, PA 17837

(570) 52  493
FAX (570) 524-2817

| PATIENT | GAYN KOXD | | DATE | 3. 14. 00 |
| NUMBER | 7065 | | INSTITUTION | Houghton? |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 185 | -50 | 105 | | |
| OS | PL | 185 | 15 | | |

| | ADD | HEIGHT | DIST PD | NEAR PD | SEG STYLE |
|---|---|---|---|---|---|
| OD | 195 | 31 | 75 | 70 | |
| OS | | | 79 | | |

LENS COLOR/COATINGS

| FRAME | | STYLE | Nick | FRAME COLOR | |
| EYE SIZE | 54 | BRIDGE | TEMPLE | HEAT | CHEM |
| DATE REC'D | 3/14 | DROP BALL | 3/4 | FINAL INSPECTION | |

LENSES: _____ 19.75
FRAME: _____ 3.70
OVERSIZE: _____
TINT/PGX: _____
CHEM. TEMP. GLASS: _____
DIOPTERS: _____

S/H: _____ .75
TOTAL DUE ($): _____ 39.95

K'd Corr'd
3/24/00

M Guidry